# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA FLORES, Trustee for The Cytah Flores Legacy Trust,<br><br>        Plaintiff,<br><br>    v.<br><br>MISSOURI HIGHER EDUCATION LOAN AUTHORITY (MOHELA),<br><br>        Defendant. | Case No. 1:25-cv-00940-SKO<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 2) |

      Plaintiff Rebecca Flores, Trustee for The Cytah Flores Legacy Trust, proceeding *pro se*, filed a complaint on August 1, 2025, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) The Court finds Plaintiff has made the showing required by § 1915, and the request to proceed *in forma pauperis* shall be granted.

      Regarding the status of the complaint, Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of every *pro se* complaint proceeding *in forma pauperis* to determine whether it is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by further amendment. Plaintiff's complaint will be screened in due course.

1    If appropriate after the case has been screened, the Clerk of Court will provide Plaintiff with
2 the requisite forms and instructions to request the assistance of the United States Marshal in serving
3 the defendant pursuant to Federal Rule of Civil Procedure 4.
4    Based on the forgoing and good cause appearing,
5    IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (Doc.
6 2) is GRANTED.

IT IS SO ORDERED.

Dated:  **August 4, 2025**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE

2