# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**Rebecca Flores,**
Plaintiff, Pro Se,

v.

**Missouri Higher Education Loan Authority (MOHELA),**
Defendant.

FILED

SEP 12 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Case No.: 1:25-cv-00940-SKO

**SECOND AMENDED COMPLAINT**
**FOR DAMAGES, INJUNCTIVE RELIEF, AND DECLARATORY RELIEF**

**DEMAND FOR JURY TRIAL**

Filed by:
Rebecca Flores, Pro Se Plaintiff
Merced, CA 95340

# CASE SUMMARY

This case arises from Defendant Missouri Higher Education Loan Authority's ("MOHELA") unlawful conduct in continuing to report and attempt to collect a student loan debt that was discharged through IRS Form 1099-C.

- **False Credit Reporting:** MOHELA furnished inaccurate derogatory information to consumer reporting agencies after discharge.
- **Improper Collection Efforts:** MOHELA sent billing statements and delinquency notices on a debt no longer owed.
- **Retaliatory Updates:** Each time Plaintiff filed a CFPB complaint, MOHELA worsened her credit report by updating tradelines to reflect "over 120 days late."
- **CRA Reliance:** Equifax accepted MOHELA's false certifications and displayed the worsened derogatories, further damaging Plaintiff's credit profile.

**Plaintiff's Injuries:** Denial of credit, reputational injury, and severe emotional distress.

**Relief Sought:**

- Statutory damages under FCRA and FDCPA.
- Actual damages of at least $1,000,000.
- Punitive damages for willful and retaliatory violations.
- Injunctive relief requiring correction of credit reports and prohibiting further collection.

**Key Authority:** *Gorman v. Wolpoff & Abramson*; *Nelson v. Chase Manhattan*; *Carvalho v. Equifax*; *Heintz v. Jenkins*; *McCollough v. Johnson*; *Clark v. Capital Credit.*

# TABLE OF CONTENTS

- I. Introduction ................................................. 1
- II. Jurisdiction and Venue ...................................... 2
- III. Parties ................................................... 2
- IV. Factual Background ......................................... 3
  A. Discharge of Loan Through IRS Form 1099-C .................. 3
  B. Continued Billing and Collection Efforts ................... 4
  C. CFPB Complaints and CRA Notifications ...................... 4
  D. Denial of Credit and Harm ................................. 5
  E. Equifax Dispute Results and Retaliatory Updates ............. 6
- V. Claims for Relief ........................................... 8
  Count I – Fair Credit Reporting Act ........................... 8
  Count II – Fair Debt Collection Practices Act ................. 9
- VI. Relief Requested ........................................... 10
- VII. Jury Demand ............................................... 11
- Unsworn Declaration ........................................... 12
- Exhibit Index ................................................. 13
- Plaintiff's Anticipatory Opposition to Motion to Dismiss ........ 15
- Exhibit X – Memorandum of Law in Support of Equitable Relief: Constructive Trust

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

**Rebecca Flores,**
Plaintiff, Pro Se,

v.

**Missouri Higher Education Loan Authority (MOHELA),**
Defendant.

Case No.: 1:25-cv-00940-SKO

**SECOND AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF, AND
DECLARATORY RELIEF**
**DEMAND FOR JURY TRIAL**

# I. INTRODUCTION

1. Plaintiff Rebecca Flores brings this action against Missouri Higher Education Loan
   Authority ("MOHELA") under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C.
   §1681s-2(b), and the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§1692e,
   1692f.
2. Despite discharge of her student loan debt through IRS Form 1099-C, MOHELA
   persisted in reporting the account as delinquent and attempted to collect.
3. Plaintiff disputed the inaccuracies through the Consumer Financial Protection Bureau
   ("CFPB"), which transmitted the complaints to consumer reporting agencies ("CRAs"),
   who in turn notified MOHELA.
4. Instead of correcting the false information, MOHELA retaliated by worsening Plaintiff's
   credit report, updating trade lines to reflect severe derogatories such as "over 120 days
   late."
5. These actions caused Plaintiff denial of credit, reputational damage, and emotional
   distress.

# II. JURISDICTION AND VENUE

6. This Court has jurisdiction under 28 U.S.C. §1331 (federal question), 15 U.S.C. §1681p
   (FCRA), and 15 U.S.C. §1692k (FDCPA).
7. Venue is proper under 28 U.S.C. §1391(b) because Plaintiff resides in this District and
   the events giving rise to the claims occurred here.

# III. PARTIES

8. Plaintiff Rebecca Flores is an individual residing in Merced, California.
9. Defendant MOHELA is headquartered in Missouri and furnishes information to consumer reporting agencies while also acting as a debt collector on student loan accounts.

# IV. FACTUAL BACKGROUND

## A. Discharge of Loan Through IRS Form 1099-C

10. On August 28, 2024, Plaintiff filed IRS Form 1099-C canceling the promissory note associated with her student loan.

**Beneficiary Standing (with footnote)**

Plaintiff asserts standing not merely as a former borrower, but as the party with an equitable interest in the property created from the original student loan promissory note. That note was securitized and treated as a financial asset. On September 24, 2012, the obligation was canceled by IRS Form 1099-C, which extinguished the debt. Despite this cancellation, MOHELA and related entities continued to generate, collect, and report value from the securitized instruments and billing statements tied to the canceled account. The revenues and instruments derived from this canceled debt constitute property wrongfully held. Equity therefore requires that any such property be treated for the benefit of Plaintiff rather than retained by parties with no legal right to it.[1]

[1] See Exhibit X, Memorandum of Law in Support of Equitable Relief: Constructive Trust, providing statutory and case authority supporting Plaintiff's equitable interest in the discharged obligation and related proceeds.

11. The Internal Revenue Service processed and accepted the filing, extinguishing the debt.

## B. Continued Billing and Collection Efforts by MOHELA

12. Despite discharge, MOHELA sent billing statements and delinquency notices between October 2023 and June 2025.
13. These statements falsely represented the legal status of the debt in violation of FDCPA §1692e(2)(A).

## C. CFPB Complaints and CRA Notifications

14. Plaintiff filed multiple complaints with the CFPB regarding MOHELA's false reporting.

15. The CFPB transmitted those complaints to the national CRAs (Equifax, Experian, and TransUnion).
16. Each CRA notified MOHELA of the disputes, thereby triggering MOHELA's duty under 15 U.S.C. §1681s-2(b) to conduct a reasonable investigation.
17. MOHELA failed to correct or delete the inaccurate reporting and continued furnishing derogatory information.

## D. Denial of Credit and Harm

18. As a result of MOHELA's conduct, Plaintiff's credit applications were denied.
19. Plaintiff suffered reputational injury and emotional distress, which courts recognize as compensable under both the FCRA and FDCPA.

## E. Equifax Dispute Results and Retaliatory Updates (August 20, 2025)

20. On August 20, 2025, Equifax issued dispute results, Confirmation #528517334, concerning Plaintiff's MOHELA account.
21. The report stated: "The company reporting the information has certified to Equifax that they have followed all requirements of the Fair Credit Reporting Act, considered all relevant information and documentation, and verified the accuracy of the account."
22. This certification was false. Plaintiff had provided discharge documentation through the CFPB process, but MOHELA ignored it and failed to properly investigate.
23. Instead of correcting the record, MOHELA retaliated against Plaintiff's CFPB complaints by worsening the derogatories, updating tradelines to reflect "over 120 days late" across multiple reporting periods.
24. This pattern occurred each time Plaintiff filed a CFPB complaint, with MOHELA making Plaintiff's report worse rather than correcting it.
25. Equifax adopted MOHELA's false certifications and displayed the worsened derogatories, further damaging Plaintiff's credit profile.
26. As a direct result, Plaintiff experienced escalating financial harm, repeated denials of credit, reputational injury, and severe emotional distress.

# V. CLAIMS FOR RELIEF

## Count I – Fair Credit Reporting Act (15 U.S.C. §1681s-2(b))

27. Plaintiff realleges and incorporates by reference paragraphs 1–26.
28. MOHELA failed to conduct a reasonable investigation after CRA notification pursuant to CFPB referrals.
29. MOHELA's retaliatory worsening of derogatories constitutes willful and negligent violation of the FCRA.
30. Relevant authority includes: *Gorman v. Wolpoff & Abramson* (reasonable investigation required), *Nelson v. Chase Manhattan* (private right of action), and *Carvalho v. Equifax* (duties triggered upon CRA notice).

## Count II – Fair Debt Collection Practices Act (15 U.S.C. §§1692e, 1692f)

31. Plaintiff realleges and incorporates by reference paragraphs 1–30.
32. MOHELA acted as a debt collector by sending billing and delinquency notices on a discharged debt.
33. These communications falsely represented the legal status of the debt, violating §1692e(2)(A) (*Clark v. Capital Credit*).
34. MOHELA's retaliatory worsening of derogatory reporting also constitutes unfair and unconscionable practices under §1692f (*McCollough*).
35. The FDCPA applies broadly, including to attempts to collect debts not legally owed (*Heintz v. Jenkins*).

## PRAYER FOR RELIEF

36. WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in Plaintiff's favor and against Defendant MOHELA, and grant the following relief:
37. **Actual Damages.** Award Plaintiff actual damages of at least **$1,000,000 (one million dollars)** sustained as a result of Defendant's violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 et seq., and Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq.;
38. **Statutory Damages.** Award statutory damages as authorized under the FCRA and FDCPA;
39. **Punitive Damages.** Award punitive damages where permitted by law, to deter Defendant and others from similar misconduct;
40. **Injunctive Relief.** Issue an injunction compelling Defendant to:
    a. Immediately correct and delete all inaccurate credit reporting regarding Plaintiff's accounts;
    b. Cease and desist from further reporting of discharged debts as collectible;
41. **Attorneys' Fees and Costs.** Award Plaintiff reasonable costs of suit and any attorneys' fees permitted by statute;
42. **Equitable Relief (Constructive Trust).** In the alternative, should statutory remedies prove insufficient, Plaintiff requests that the Court impose a constructive trust over the discharged obligation and any proceeds derived from it, to prevent Defendant's unjust enrichment. This request is further supported by Exhibit X;
43. **Other Relief.** Grant such other and further relief as the Court deems just and proper.

# VII. JURY DEMAND

36. Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff demands a jury trial on all issues so triable.

# UNSWORN DECLARATION

I, Rebecca Flores, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 8th , 2025, at Merced, California.


Rebecca Flores, in my individual Capacity and as
Beneficiary/ Trustee of the Cytah Flores Legacy Trust
1121 E Santa Fe Ave Apt 4
Merced, Calif 95340

Phone: 209-421-9257
Email: Trustee.CytahFloresTrust@proton.me

Plaintiff, Pro Se

# EXHIBIT INDEX

**Exhibit A – IRS Form 1099-C (Accepted by IRS, Aug. 28, 2024)**

- Cancels Plaintiff's student loan promissory note.
- Supports Count I and II by showing the debt was extinguished.
- Includes 1099-E-ONLINE confirmation of mailed copy.

**Exhibit B – CFPB Complaints & Responses (2024–2025)**

- Plaintiff's formal CFPB complaints and agency responses transmitting disputes to CRAs.
- Supports Count I by showing the statutory dispute process was followed.
- Includes attached credit report pages with CFPB responses.

**Exhibit C – MOHELA Billing Statements & Delinquency Notices (Oct. 2023 – Jun. 2025)**

- Collection communications from MOHELA after discharge.
- Supports Count II by proving false representation of a discharged debt.

**Exhibit D – Equifax Dispute Results (23 pages, Confirmation #528517334, Aug. 20, 2025)**

- Equifax's response packet showing MOHELA falsely certified compliance, then worsened the derogatories to "over 120 days late."
- Supports Count I (FCRA) and Count II (FDCPA) by showing retaliation, willfulness, and resulting harm.

**Exhibit E – Promissory Note (first & last pages)**

- Original promissory note between Plaintiff and FedLoan Servicing.
- Demonstrates MOHELA is not a party to the contract and had no authority to act in any capacity.

**Exhibit X – Memorandum of Law in Support of Equitable Relief: Constructive Trust**

- Submitted by Plaintiff to preserve equitable remedies related to MOHELA's wrongful retention and reporting of a discharged obligation.

-

# PLAINTIFF'S ANTICIPATORY OPPOSITION TO MOTION TO DISMISS

**Rebecca Flores, Plaintiff, Pro Se**
v.
**Missouri Higher Education Loan Authority (MOHELA), Defendant**
Case No. 1:25-cv-00940-SKO

## I. INTRODUCTION

1. Plaintiff anticipates Defendant may move to dismiss under Fed. R. Civ. P. 12(b)(1) and 12(b)(6). This memorandum demonstrates dismissal is improper.

## II. ARGUMENT

**A. Standing Exists**
2. Plaintiff has standing under *Spokeo v. Robins*, 578 U.S. 330 (2016):

- Injury: Denial of credit, worsened derogatories, reputational harm, and emotional distress.
- Causation: MOHELA's retaliatory conduct.
- Redressability: Statutory, actual, and punitive damages, plus injunctive relief.

**B. Jurisdiction Is Proper**
3. This Court has federal question jurisdiction under 28 U.S.C. §1331. FCRA and FDCPA claims are expressly provided for in 15 U.S.C. §1681p and §1692k.

**C. Damages Are Concrete and Particularized**
4. Plaintiff's Equifax results (Exhibit D) prove worsening derogatories after each CFPB dispute. This shows non-speculative, ongoing harm (*McCollough v. Johnson*).

**D. Claims Are Plausible**
5. The SAC sets out detailed factual allegations supported by exhibits and case law, satisfying *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), and *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007).

## III. CONCLUSION

6. Because Plaintiff has standing, jurisdiction is proper, damages are concrete, and the claims are plausible, dismissal would be improper. Plaintiff respectfully requests that the Court deny any Motion to Dismiss filed by Defendant.

**EXHIBIT X**
**Memorandum of Law in Support of Equitable Relief: Constructive Trust**

Submitted by Plaintiff to preserve equitable remedies related to MOHELA's wrongful retention and reporting of a discharged obligation.

**Introduction**
This exhibit is provided to preserve Plaintiff's equitable remedies. If statutory relief under the FCRA and FDCPA does not fully address the harm, equity allows the Court to impose a constructive trust over property wrongfully retained by Defendant MOHELA.

**Legal Foundation**
California law expressly recognizes constructive trusts:

- *Civil Code § 2223* – One who wrongfully detains property is deemed an involuntary trustee for the benefit of the rightful owner.
- *Civil Code § 2224* – One who gains property by fraud, mistake, undue influence, violation of trust, or other wrongful act holds it as trustee for the person who should have it.

**Case Authorities**

- *Martin v. Kehl* (1983) 145 Cal.App.3d 228 – Constructive trust imposed where one party held title while another contributed funds. Courts enforce equitable interests even without formal instruments.
- *Haskel Engineering & Supply Co. v. Hartford Acc. & Indem. Co.* (1978) 78 Cal.App.3d 371 – Court emphasized constructive trust prevents unjust enrichment regardless of intent. This supports Plaintiff's claim regarding MOHELA's retention of discharged debt proceeds.
- *Meister v. Mensinger* (2014) 230 Cal.App.4th 381 – Constructive trust imposed after misuse of funds. Courts will trace and reclaim assets even if converted into new forms, such as securitized debt instruments.

**Application to This Case**

- Plaintiff's student loan was canceled by IRS Form 1099-C, extinguishing the debt.
- MOHELA continued reporting and generating value from that canceled obligation.
- Equity recognizes the discharged debt, and any proceeds derived from it, as identifiable property wrongfully held.
- Plaintiff seeks that any such property be treated in trust for her benefit rather than retained by Defendant.

**Conclusion**
Even if statutory remedies are not granted in full, this Court has equitable power under California Civil Code §§ 2223–2224 to impose a constructive trust. This ensures Defendant does not retain unjust enrichment from property created by a discharged obligation.

# Exhibit A

1099 Filing Records
Date Range: 2024–2025
Source: 1099online.com (eFile IRS Reporting Platform)


Exhibit A – Description (for Index/Complaint Reference)

Exhibit A includes official 1099-A/1099-C filing records submitted by Plaintiff via the
IRS-authorized platform 1099online.com. The records show multiple filings, including those
directed to Pacific Gas & Electric (PG&E), Credit One Bank, and MOHELA. Each form is marked
as "Accepted" and "Submitted to IRS," confirming successful processing by the IRS system.
These records establish that Plaintiff lawfully executed debt discharge filings and that
Defendants, including MOHELA, received notice of such filings. The exhibit supports Plaintiff's
claims that Defendants ignored or misrepresented valid federal filings, in violation of the Fair
Credit Reporting Act (FCRA), Fair Debt Collection Practices Act (FDCPA), and related statutory
protections.

*Exhibit A*

☑ CORRECTED

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | 1 Date of identifiable event<br><br>09/24/2012 | OMB No. 1545-1424 | **Cancellation of Debt** |
|---|---|---|---|---|
| Rebecca-Ramos Flores BENEFICIARY<br>1121 E Santa Fe Ave Apt 4<br>MERCED CA 95340<br>US | | 2 Amount of debt discharged<br><br>$ 70081.81 | **2023**<br>Form **1099-C** | |
| | | 3 Interest if included in box 2<br><br>$ 70081.81 | (Rev. January 2022) | |
| Account number (see instructions)<br><br>918788596184 | | 4 Debt description<br>STUDENT LOAN ACCT# 2449432509-1 | | **Copy C**<br>**For Creditor** |
| DEBTOR'S name, address, ZIP/ postal code & Country<br><br>MOHELA<br>EXECUTIVE DIRECTOR<br>633 SPIRIT DR<br>CHESTERFIELD MO 63005-1243<br>US | | 5 Check here if the debtor was personally liable for repayment of the debt . . . . . . . . . . . . . . . . . . . .    ☑ | | For Privacy Act and Paperwork Reduction Act Notice, see the **General Instructions for Certain Information Returns.** |
| CREDITOR'S TIN<br><br>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 | DEBTOR'S TIN<br><br>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 | 6 Identifiable event code<br><br>A | 7 Fair market value of property<br><br>$    70081.81 | |

Form **1099-C**   (Rev. 1-2022)         www.1099online.com - IRS Approved e File Provider

**Instructions for Creditor**
To complete Form 1099-C, use:
• the current General Instructions for Certain Information Returns, and
• the current Instructions for Forms 1099-A and 1099-C.
To order these instructions and additional forms , go to www.irs.gov/EmployerForms.
**Caution:** Because paper forms are scanned during processing, you cannot file  certain  Forms 1096, 1097, 1098, 1099, 3921, 3922, or 5498 that you print from the IRS website.

**Filing and furnishing.** For filing and furnishing instructions, including due dates, and to request filing or furnishing extensions, see the current General Instructions for Certain Information Returns.
**Need help?** If you have questions about reporting on Form 1099-C, call the information reporting customer service site toll free at 866-455-7438 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 (not toll free).



HOME   ABOUT US   PRICING·   1099 FORMS   TIN MATCHING   FILE SHARE   SUPPORT CENTER

My Dashboard     Manage Account     Prepay Account     Reports ⌄          Welcome - REBECCA FLORES

## Manage Forms

Form 1099/1042-S

Payer :   Rebecca-Ramos Flor...       Tax Year :   2023

Download All PDF    Download Multiple PDF    Export To Excel    USPS mail to Recipient    E-Mail Recipient Copy    Block Submission    Change Schedule Date

| Reference Number | Recipient Name | TIN | Form Name | Status | Submitted Date | Scheduled Date | Action |
|---|---|---|---|---|---|---|---|
| 201805615 | PG&E | | 1099A | Accepted | 08/30/2024 | Submitted to IRS | Select |
| 201805615 | CREDIT ONE BANK N.A. | | 1099A | Accepted | 08/30/2024 | Submitted to IRS | Select |
| 201802962 | U.S. Bank Global Corporate Trust | 31-0841368 | 1099C | Accepted | 08/02/2024 | Submitted to IRS | Select |
| 201805506 | MOHELA | | 1099C Corrected | Accepted | 08/28/2024 | Submitted to IRS | Select |

1     1...    items per page                                              1 - 4 of 4 items

Track Mail Status

COMPANY              OUR PRODUCTS                                    GET IN TOUCH WITH

Home                 Green Tax 2290                                  US

About Us                                                             1600 Solana Blvd, Suite B130
Pricing                                                              Westlake, Texas 76262
1099 Forms
Support Center

© 2025 1099Online.com. All Rights Reserved.  Terms & Conditions | Privacy Policy

f   in   X

**EXHIBIT B**

**CFPB Complaints, CRA Responses, and Investigation Results**

**Description**
Exhibit B contains the pages of CFPB complaints together with selected responses and investigation results from MOHELA, Experian, TransUnion, and Equifax. These materials include:

CFPB complaint records showing timely filing and acknowledgement of disputes.

**Experian's March 5, 2025** response letter admitting review of documents submitted by the Beneficiary, including the IRS-accepted Form 1099-C, yet continuing to report the MOHELA account as valid.

**TransUnion's January 21, 2025** investigation results showing updated reporting of multiple MOHELA student loan accounts with balances still listed despite receipt of the 1099-C. Representative pages are included to give the Court a clear record without unnecessary duplication.

**Equifax's January 8, 2025** correspondence and **January 26, 2025** response letter confirming receipt of Plaintiff's dispute regarding MOHELA but failing to properly verify or delete the discharged account, instead deferring to MOHELA's reporting.

**Support for Claims**
This exhibit establishes:

1. **Notice and Documentation** – MOHELA and the CRAs were provided with the IRS-accepted Form 1099-C both directly by the IRS and through disputes filed by the Beneficiary via the CFPB portal.
2. **Admissions by CRAs** – Experian, TransUnion, and Equifax each confirmed receipt and review of the Beneficiary's documentation. Their own responses demonstrate they had actual notice of the cancellation of debt.
3. **Failure to Reinvestigate Properly** – Under the FCRA (15 U.S.C. §1681i and §1681s-2(b)), CRAs and furnishers are required to conduct reasonable investigations and correct or delete inaccurate information once a dispute is received. Equifax, like Experian and TransUnion, deferred to MOHELA's verification and continued reporting discharged debt.
4. **Continued Reporting of Canceled Accounts** – The investigation results from January 2025 show MOHELA accounts updated with balances and payment terms more than a decade after the cancellation date of September 24, 2012.
5. **Foundation for Liability** – These documents satisfy the statutory prerequisites for FCRA and FDCPA claims by proving notice, submission of federal documentation, admission of review, and continued inaccurate reporting.

*Exhibit 13*
*January 21, 2025*
*Credit Updates*

 An official website of the United States Government

**cfpb** Consumer Financial
Protection Bureau
(https://www.consumerfinance.gov/)

Start a new complaint

*Trans Union #1*

 ‹ All complaints (.)

# 250104-17763092

**CLOSED**

✓ **Submitted**

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 1/4/2025 | Credit reporting or other personal consumer reports | Incorrect information on your report |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

Subject: Formal Complaint Against MoHELA for Attempted Collection of Discharged Debt Dear CFPB, I am writing to formally file a complaint against the Missouri Higher Education Loan Authority (MoHELA) regarding its attempts to collect on a student loan debt that has been legally discharged. 1. Loan Details: Loan Servicer: MoHELA Account Number: 2449432509-1 Loan Type: Federal Student Loan 2. Discharge of Debt: On 8/28/24, I discharged the promissory note associated with the loan through a Form 1099-C (Cancellation of Debt), which was properly filed with the Internal Revenue Service (IRS). MoHELA was sent a copy of the 1099-C as required, notifying them of the debt cancellation. 3. Collection Efforts: Despite this discharge, MoHELA has continued to send collection notices and demand payment, in direct violation of my rights as the debt holder and contrary to federal law regarding canceled debt. Complaint Details I believe



## Company still working

**STATUS**

Company response is in progress as of 1/6/2025

## The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

**COMPANY'S INTERIM RESPONSE**

We received your complaint about the items in your credit report, and apologize for any difficulty you may have experienced. We are currently reviewing your complaint along with the information you previously submitted regarding this issue. We will follow-up with you within sixty (60) days from the date you submitted your request.



## Company responded

| **STATUS** | **RESPONSE TYPE** |
|---|---|
| Company responded on 2/11/2025 | Closed with non-monetary relief |

## Company's Response

After careful review, we have determined the information submitted in the portal included a dispute of information appearing on your credit report. TransUnion has processed your request and forwarded a copy of the Investigation Results through US mail. You should expect to receive those results in approximately 7 business days.

**DESCRIPTION OF NON-MONETARY RELIEF**

In response to your request, the following actions were taken on your credit file: You disputed the following accounts and/or public records on your credit file. Below includes the results of that investigation.

# Your Investigation Results

> **INVESTIGATION RESULTS - DISPUTED INFORMATION UPDATED AND OTHER INFORMATION UPDATED:  A change was made to the item(s) based on your dispute and other information has also changed.**

## MOHELA/DEPT OF ED #24494325091E0082015052124**** ( 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005, (800) 866-4352 )

We investigated the information you disputed and updated: **Balance; Date Updated; Terms; Remarks; Maximum Delinquency; Rating; Historical Trended Data**.  Here is how this item appears on your credit report following our investigation.

| | | |
|---|---|---|
| Date Opened: 05/21/2015 | Balance: $9,072 | Pay Status: Current; Paid or Paying as Agreed |
| Responsibility: Individual Account | Date Updated: 01/20/2025 | |
| Account Type: Installment Account | Payment Received: 08/01/2023 ($0) | Terms: $93 per month, paid Monthly for 120 months |
| Loan Type: STUDENT LOAN | Last Payment Made: 08/01/2023 | |
| | High Balance: $7,000 | |

| | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | X | X | OK | X |

| | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 |
|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK |

## MOHELA/DEPT OF ED #24494325091E0052014012224**** ( 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005, (800) 866-4352 )

We investigated the information you disputed and updated: **Balance; Date Updated; Terms; Rating**.  Here is how this item appears on your credit report following our investigation.

| | | |
|---|---|---|
| Date Opened: 01/22/2014 | Balance: $5,349 | Pay Status: Current; Paid or Paying as Agreed |
| Responsibility: Individual Account | Date Updated: 01/20/2025 | |
| Account Type: Installment Account | Payment Received: 08/01/2023 ($0) | Terms: $53 per month, paid Monthly for 120 months |
| Loan Type: STUDENT LOAN | Last Payment Made: 08/01/2023 | |
| | High Balance: $4,500 | |

| | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | X | X | OK | OK |

| | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 |
|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK |

## MOHELA/DEPT OF ED #24494325091E0042013051524**** ( 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005, (800) 866-4352 )

We investigated the information you disputed and updated: **Balance; Date Updated; Rating**.  Here is how this item appears on your credit report following our investigation.

| | | |
|---|---|---|
| Date Opened: 05/15/2013 | Balance: $9,621 | Pay Status: Current; Paid or Paying as Agreed |
| Responsibility: Individual Account | Date Updated: 01/20/2025 | |
| Account Type: Installment Account | Payment Received: 08/01/2023 ($0) | Terms: $108 per month, paid Monthly for 120 months |
| Loan Type: STUDENT LOAN | Last Payment Made: 08/01/2023 | |
| | High Balance: $6,000 | |

| | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | X | OK | OK | X |

| | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 |
|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK |

**MOHELA/DEPT OF ED #24024013051524****** ( 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005, (800) 866-4352 )

We investigated the information you disputed and updated: **Balance; Date Updated; Rating**. Here is how this item appears on your credit report following our investigation.

| Date Opened: | 05/15/2013 | Balance: | $4,080 | Pay Status: | Current; Paid or Paying as Agreed |
| Responsibility: | Individual Account | Date Updated: | 01/20/2025 | | |
| Account Type: | Installment Account | Payment Received: | 08/01/2023 ($0) | Terms: | $39 per month, paid Monthly for 120 months |
| Loan Type: | STUDENT LOAN | Last Payment Made: | 08/01/2023 | | |
| | | High Balance: | $3,500 | | |

| Rating | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OK | OK | OK | X | X | OK | X |

| Rating | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | X | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Rating | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 |
|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OK | OK |

---

**MOHELA/DEPT OF ED #24494325091E0022012101624****** ( 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005, (800) 866-4352 )

We investigated the information you disputed and updated: **Balance; Date Updated; Terms; Remarks; Maximum Delinquency; Rating; Historical Trended Data**. Here is how this item appears on your credit report following our investigation.

| Date Opened: | 10/16/2012 | Balance: | $9,984 | Pay Status: | Current; Paid or Paying as Agreed |
| Responsibility: | Individual Account | Date Updated: | 01/20/2025 | | |
| Account Type: | Installment Account | Payment Received: | 08/01/2023 ($0) | Terms: | $112 per month, paid Monthly for 120 months |
| Loan Type: | STUDENT LOAN | Last Payment Made: | 08/01/2023 | | |
| | | High Balance: | $6,000 | | |

| Rating | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OK | OK | OK | X | X | OK | X |

| Rating | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | X | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Rating | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 |
|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OK | OK |

---

**MOHELA/DEPT OF ED #24494325091E0012012101624****** ( 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005, (800) 866-4352 )

We investigated the information you disputed and updated: **Balance; Date Updated; Remarks; Maximum Delinquency; Rating; Historical Trended Data**. Here is how this item appears on your credit report following our investigation.

| Date Opened: | 10/16/2012 | Balance: | $4,080 | Pay Status: | Current; Paid or Paying as Agreed |
| Responsibility: | Individual Account | Date Updated: | 01/20/2025 | | |
| Account Type: | Installment Account | Payment Received: | 08/01/2023 ($0) | Terms: | $39 per month, paid Monthly for 120 months |
| Loan Type: | STUDENT LOAN | Last Payment Made: | 08/01/2023 | | |
| | | High Balance: | $3,500 | | |

| Rating | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OK | OK | OK | X | X | OK | X |

| Rating | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | X | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Rating | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 |
|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OK | OK |

---

**MOHELA/DEPT OF ED #24494325091E0102016010524****** ( 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005, (800) 866-4352 )

We investigated the information you disputed and updated: **Balance; Date Updated; Terms; Remarks; Maximum Delinquency; Rating; Historical Trended Data**. Here is how this item appears on your credit report following our investigation.

| Date Opened: | 01/05/2016 | Balance: | $8,672 | Pay Status: | Current; Paid or Paying as Agreed |
| Responsibility: | Individual Account | Date Updated: | 01/20/2025 | | |
| Account Type: | Installment Account | Payment Received: | 08/01/2023 ($0) | Terms: | $87 per month, paid Monthly for 120 months |
| Loan Type: | STUDENT LOAN | Last Payment Made: | 08/01/2023 | | |
| | | High Balance: | $7,000 | | |

| Rating | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OK | OK | OK | X | X | OK | X |

| Rating | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | X | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 |
|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK |

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■

**MOHELA/DEPT OF ED** #24494325091E0062014012224**** ( 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005, (800) 866-4352 )

We investigated the information you disputed and updated: **Balance; Date Updated; Terms; Rating.** Here is how this item appears on your credit report following our investigation.

| Date Opened: | 01/22/2014 | Balance: | $7,777 | Pay Status: | Current; Paid or Paying Agreed |
|---|---|---|---|---|---|
| Responsibility: | Individual Account | Date Updated: | 01/20/2025 | | |
| Account Type: | Installment Account | Payment Received: | 08/01/2023 ($0) | Terms: | $77 per month, paid Mon for 120 months |
| Loan Type: | STUDENT LOAN | Last Payment Made: | 08/01/2023 | | |
| | | High Balance: | $6,000 | | |

| | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | X | X | OK | |

| | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | OK | OK | OK | OK | OK | OK | OK | OK | O |

| | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 |
|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK |

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■

**MOHELA/DEPT OF ED** #24494325091E0092016010524**** ( 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005, (800) 866-4352 )

We investigated the information you disputed and updated: **Balance; Date Updated; Terms; Remarks; Maximum Delinquency; Rating; Historical Trended Data.** Here is how this item appears on your credit report following our investigation.

| Date Opened: | 01/05/2016 | Balance: | $6,362 | Pay Status: | Current; Paid or Paying Agreed |
|---|---|---|---|---|---|
| Responsibility: | Individual Account | Date Updated: | 01/20/2025 | | |
| Account Type: | Installment Account | Payment Received: | 08/01/2023 ($0) | Terms: | $64 per month, paid Mon for 120 months |
| Loan Type: | STUDENT LOAN | Last Payment Made: | 08/01/2023 | | |
| | | High Balance: | $5,500 | | |

| | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | X | X | OK | X |

| | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | OK | OK | OK | OK | OK | OK | OK | OK | O |

| | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 |
|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK |

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■

**MOHELA/DEPT OF ED** #24494325091E0072015052124**** ( 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005, (800) 866-4352 )

We investigated the information you disputed and updated: **Balance; Date Updated; Terms; Remarks; Maximum Delinquency; Rating; Historical Trended Data.** Here is how this item appears on your credit report following our investigation.

| Date Opened: | 05/21/2015 | Balance: | $6,437 | Pay Status: | Current; Paid or Paying Agreed |
|---|---|---|---|---|---|
| Responsibility: | Individual Account | Date Updated: | 01/20/2025 | | |
| Account Type: | Installment Account | Payment Received: | 08/01/2023 ($0) | Terms: | $66 per month, paid Mon for 120 months |
| Loan Type: | STUDENT LOAN | Last Payment Made: | 08/01/2023 | | |
| | | High Balance: | $5,500 | | |

| | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | X | X | OK | X |

| | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | OK | OK | OK | OK | OK | OK | OK | OK | O |

| | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 |
|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK |

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■

File Number: 456540730      Page 8 of 8
Date Issued: 01/21/2025
Case 1:25-cv-00940-JLT-SKO     Document 8     Filed 09/12/25     Page 21 of 68

In the preceding pages we have provided details on the results of our investigation. **If our investigation has not resolved your dispute, here's what you can do next:**

- **Add a 100-word statement to your report.** What this means is that you have the right to send us a note of 100 words or less describing your situation or why you disagree with the results, and we will add this statement to your report. Anyone who views your report will see this statement. Please know that if you include any medical information in your statement, this means you're giving TransUnion permission to include that information in any future credit report we issue on your behalf.
- **Dispute directly with the company that reported the information to us.** If you want changes made to information found on your credit report you may dispute with the company that reported it using the contact information listed in **Your Investigation Results.**
- **Provide to us any other information or documents about your dispute.** Please visit www.transunion.com/dispute and let us know you are filing a repeat dispute. Be sure to include any other information or documentation you feel will help us resolve your dispute.
- **File a complaint** about the company reporting the account or about TransUnion with the Consumer Financial Protection Bureau (www.consumerfinance.gov/complaint) or with your State's Attorney General's office.

If there has been a change to your credit report as a result of our investigation, or if you have added a statement to your report, **you may ask TransUnion to send an updated credit report** to those who have received your report within the last 2 years for employment purposes or within the last 6 months (or 1 year, where applicable) for any other purpose.

## A Note on Inquiries

An inquiry is posted on your credit report to notify you that a company has requested your report. Companies can only request a credit report for a legitimate business reason (called permissible purpose). Examples of permissible purpose include: credit transactions, employment consideration, review or collection of an existing account or other legitimate business need, insurance underwriting, government licensing, rental application or court order. Inquiries stay on your credit report for up to two (2) years. Each company that requested your credit report will be listed in the section on inquires, along with their contact information. Please note, a company doesn't always need your authorization to view your credit report as long as they have a permissible purpose. If you think an inquiry was made without a permissible purpose, we strongly encourage you to reach out to the company who requested your credit report to find out whether they have opened an account in your name. The company can then investigate and if they determine that someone fraudulently applied for credit in your name, they can close that account and send us a letter requesting removal of the inquiry. If you have specific information that the inquiry was made fraudulently, you can also call our Fraud Victim Assistance department at 800-680-7289.

## Should You Wish to Contact TransUnion

Please have your TransUnion **FILE NUMBER** available. Your unique **FILE NUMBER** is located at the top of each page of this correspondence.

**Online:**
To dispute information contained in your credit report, please visit: www.transunion.com/disputeonline
For more information please visit our Frequently Asked Questions page at http://transunion.com/consumerfaqs

**By Mail:**
TransUnion
P. O. Box 2000
Chester, PA 19016-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 AM – 11:00 PM Eastern Time, Monday through Friday, and Saturday through Sunday between the hours of 8:00 AM and 5:00PM Eastern Time, except major holidays.

**EXHIBIT B**

**CFPB Complaints, CRA Responses, and Investigation Results**

**Description**
Exhibit B contains the pages of CFPB complaints together with selected responses and investigation results from MOHELA, Experian, TransUnion, and Equifax. These materials include:

CFPB complaint records showing timely filing and acknowledgement of disputes.

**Experian's March 5, 2025** response letter admitting review of documents submitted by the Beneficiary, including the IRS-accepted Form 1099-C, yet continuing to report the MOHELA account as valid.

**TransUnion's January 21, 2025** investigation results showing updated reporting of multiple MOHELA student loan accounts with balances still listed despite receipt of the 1099-C. Representative pages are included to give the Court a clear record without unnecessary duplication.

**Equifax's January 8, 2025** correspondence and **January 26, 2025** response letter confirming receipt of Plaintiff's dispute regarding MOHELA but failing to properly verify or delete the discharged account, instead deferring to MOHELA's reporting.

**Support for Claims**
This exhibit establishes:

1. **Notice and Documentation** – MOHELA and the CRAs were provided with the IRS-accepted Form 1099-C both directly by the IRS and through disputes filed by the Beneficiary via the CFPB portal.
2. **Admissions by CRAs** – Experian, TransUnion, and Equifax each confirmed receipt and review of the Beneficiary's documentation. Their own responses demonstrate they had actual notice of the cancellation of debt.
3. **Failure to Reinvestigate Properly** – Under the FCRA (15 U.S.C. §1681i and §1681s-2(b)), CRAs and furnishers are required to conduct reasonable investigations and correct or delete inaccurate information once a dispute is received. Equifax, like Experian and TransUnion, deferred to MOHELA's verification and continued reporting discharged debt.
4. **Continued Reporting of Canceled Accounts** – The investigation results from January 2025 show MOHELA accounts updated with balances and payment terms more than a decade after the cancellation date of September 24, 2012.
5. **Foundation for Liability** – These documents satisfy the statutory prerequisites for FCRA and FDCPA claims by proving notice, submission of federal documentation, admission of review, and continued inaccurate reporting.

 An official website of the United States Government

*Exhibit B*

 **Consumer Financial Protection Bureau** (https://www.consumerfinance.gov/)

Start a new complaint

‹ All complaints (.)

*Equifax #1*

# 250104-17763093
**CLOSED**

 **Submitted**

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 1/4/2025 | Credit reporting or other personal consumer reports | Incorrect information on your report |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

Subject: Formal Complaint Against MoHELA for Attempted Collection of Discharged Debt Dear CFPB, I am writing to formally file a complaint against the Missouri Higher Education Loan Authority (MoHELA) regarding its attempts to collect on a student loan debt that has been legally discharged. 1. Loan Details: Loan Servicer: MoHELA Account Number: 2449432509-1 Loan Type: Federal Student Loan 2. Discharge of Debt: On 8/28/24, I discharged the promissory note associated with the loan through a Form 1099-C (Cancellation of Debt), which was properly filed with the Internal Revenue Service (IRS). MoHELA was sent a copy of the 1099-C as required, notifying them of the debt cancellation. 3. Collection Efforts: Despite this discharge, MoHELA has continued to send collection notices and demand payment, in direct violation of my rights as the debt holder and contrary to federal law regarding canceled debt. Complaint Details I believe

 ## Company still working

**STATUS**

Company
response is in
progress as of
1/4/2025

## The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

---

**COMPANY'S INTERIM RESPONSE**

Equifax has received your complaint submitted through the CFPB portal. We need more time to review and thoroughly research your submission. Once we've completed our research, we will provide an updated response with our findings.

 ## Company responded

| **STATUS** | **RESPONSE TYPE** |
|---|---|
| Company responded on 1/26/2025 | Closed with explanation |

## Company's Response

Thank you for submitting your complaint through the CFPB Complaint Portal. In your complaint, you indicated that there were inaccurate items reporting on your credit file. Equifax has completed its investigation, including contacting the furnisher of the information, where applicable. A summary of the results are listed below: NON REPORTING DISPUTES Trade: MOHELA THE DISPUTED ITEM IS NOT CURRENTLY REPORTING ON THE EQUIFAX CREDIT FILE. We hope this resolves your concerns and, if applicable, a copy of the dispute results has been mailed to you. If you have any additional questions, you may call 1-888-EQUIFAX (888-378-4329) or you may visit www.myequifax.com. With myEquifax, you can create an account to manage your security freeze, add or remove fraud alerts, and initiate

REBECCA FLORES
1121 E SANTA FE AVE APT 4
Merced, CA 95340-3167

*EXhibit B*

January 6, 2025

*Equifax #1*

Dear REBECCA FLORES:

We have received your request concerning inaccurate information on your Equifax credit file.

We were unable to locate a credit file in our database with the identification information you provided, In order to further assist you, we will need additional documents to verify your identification. Please provide your complete Name, Current and Former Addresses, Social Security Number and Date of Birth. We ask that you **please send us a copy of two different items – one from each of the two categories listed below**. One item will verify your identity and the other will verify your current address.

**Category 1) IDENTIFICATION**
Please make a copy of **one of the following items.**
The item you choose **MUST** contain your complete 9-digit Social Security number.
- Pay stub with complete U.S. Social Security number
- W-2 form with complete U.S. Social Security number
- Valid Social Security Card

**Note:** A 'Work Permit Only' card is not valid proof of a SSN.

**Category 2) CURRENT ADDRESS**
Please make a copy of **one of the following items.**
The item you choose **MUST** contain your current mailing address of   1121 E SANTA FE AVE APT 4, Merced,  CA 95340-3167.
- Driver's license
- Rental/lease agreement or house deed
- Pay stub with address
- Utility bill (i.e. gas, electric, water, cable, residential telephone bill) with current service address.

**Again, we need a total of two items -- one item from each of the categories above -- to process your request. Please submit those items along with this letter to the following address:**

**Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348-5069**

To ensure that your request is processed without delay, please enlarge photocopies and ensure the information is legible.  Illegible documents or documents that contain highlights may cause delay in processing as we may have to ask you to resubmit your request with more legible documents.

Please return this letter along with the requested information and your original correspondence/request to the address below.

Equifax Information Services LLC
P.O. Box 740256

000009268-FLT                                          5007607477-JDC-0e4c013f000005dd-01082025

Prepared for:
**REBECCA FLORES**

**EQUIFAX**®

Date: July 23, 2025
Confirmation # 5204612688



## MISSOURI HIGHER EDUCATION LOAN

633 SPIRIT DR, CHESTERFIELD, MO  630051243 | (636) 733-3700
Account Number: *0208 | Owner: **Individual Account**
Loan/Account Type: **Education Loan** | Status: **Over 120 Days Past Due**

Date Reported: **06/30/2025** | Balance: **$4,139**
Credit Limit: ⸱ | High Credit: **$3,500**

| | | |
|---|---|---|
| Date Opened: **05/15/2013** | Date of 1st Delinquency: **12/02/2024** | Terms Frequency: **Monthly** |
| Date of Last Activity: ⸱ | Date Major Delinquency 1st Reported: ⸱ | Months Reviewed: **99** |
| Scheduled Payment Amount: **$39** | Amount Past Due: **$318** | Deferred Payment Start Date: ⸱ |
| Actual Payment Amount: ⸱ | Charge Off Amount: ⸱ | Balloon Payment Amount: ⸱ |
| Date of Last Payment: **08/01/2023** | Date Closed: ⸱ | Balloon Payment Date: ⸱ |
| Term Duration: **120 Months** | Activity Designator: ⸱ | Narrative Code(s): **248, 264, 132** |

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | 90 | 90 | 120 | 150 | 180 | ⸱ | ⸱ | | ⸱ | | | |
| 2024 | ⸱ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ⸱ | ✓ | ⸱ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ⸱ | ⸱ | ⸱ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ⸱ | ⸱ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | 180 | 180 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ⸱ | ⸱ | ⸱ | ⸱ | ⸱ | ✓ | 120 | 150 | 180 | 180 | 180 | 180 |
| 2018 | ⸱ | ⸱ | ⸱ | ⸱ | ⸱ | | | | | | | 150 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | ⸱ | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 05/25 | $4,128 | $39 | ⸱ | 08/01/2023 | $278 | $3,500 | ⸱ | 248, 264, 132 |
| 04/25 | $4,117 | $39 | ⸱ | 08/01/2023 | $238 | $3,500 | ⸱ | 248, 263, 132 |
| 03/25 | $4,106 | $39 | ⸱ | 08/01/2023 | $198 | $3,500 | ⸱ | 248, 262, 132 |
| 02/25 | $4,094 | $39 | ⸱ | 08/01/2023 | $159 | $3,500 | ⸱ | 248, 132 |
| 01/25 | $4,084 | $39 | ⸱ | 08/01/2023 | $119 | $3,500 | ⸱ | 248, 132 |
| 12/24 | $4,073 | $39 | ⸱ | 08/01/2023 | ⸱ | $3,500 | ⸱ | 248, 132 |
| 11/24 | $4,061 | $39 | ⸱ | 08/01/2023 | ⸱ | $3,500 | ⸱ | 248, 132 |
| 09/24 | $4,039 | ⸱ | ⸱ | 08/01/2023 | ⸱ | $3,500 | ⸱ | 167, 088, 132 |
| 08/24 | $4,032 | $39 | ⸱ | 08/01/2023 | ⸱ | $3,500 | ⸱ | 167, 248, 132 |
| 07/24 | $4,021 | $39 | ⸱ | 08/01/2023 | ⸱ | $3,500 | ⸱ | 167, 248, 132 |
| 06/24 | $4,009 | $39 | ⸱ | 08/01/2023 | ⸱ | $3,500 | ⸱ | 167, 248, 132 |
| 05/24 | $3,998 | ⸱ | ⸱ | 08/01/2023 | ⸱ | $3,500 | ⸱ | 167, 088, 132 |
| 01/24 | $3,958 | $38 | ⸱ | 08/01/2023 | ⸱ | $3,500 | ⸱ | 167, 248 |
| 11/23 | $3,938 | $38 | ⸱ | 08/01/2023 | ⸱ | $3,500 | ⸱ | 167, 248 |
| 10/23 | $3,928 | $38 | ⸱ | 08/01/2023 | ⸱ | $3,500 | ⸱ | 167, 248 |
| 08/23 | $3,908 | ⸱ | ⸱ | 08/01/2023 | ⸱ | $3,500 | ⸱ | 167, 248, 132 |
| 07/23 | $3,908 | ⸱ | ⸱ | 07/01/2023 | ⸱ | $3,500 | ⸱ | 167, 248, 132 |

| Narrative Code | Narrative Code Description |
|---|---|
| 248 | Student Loan |
| 264 | 180 Days or More Past Due |
| 132 | Fixed Rate |
| 263 | 150 Days Past Due |
| 262 | 120 Days Past Due |
| 167 | Consumer Disputes After Resolution |
| 088 | Student Loan - Payment Deferred |

**EXHIBIT B**

**CFPB Complaints, CRA Responses, and Investigation Results**

**Description**
Exhibit B contains the pages of CFPB complaints together with selected responses and investigation results from MOHELA, Experian, TransUnion, and Equifax. These materials include:

CFPB complaint records showing timely filing and acknowledgement of disputes.

**Experian's March 5, 2025** response letter admitting review of documents submitted by the Beneficiary, including the IRS-accepted Form 1099-C, yet continuing to report the MOHELA account as valid.

**TransUnion's January 21, 2025** investigation results showing updated reporting of multiple MOHELA student loan accounts with balances still listed despite receipt of the 1099-C. Representative pages are included to give the Court a clear record without unnecessary duplication.

**Equifax's January 8, 2025** correspondence and **January 26, 2025** response letter confirming receipt of Plaintiff's dispute regarding MOHELA but failing to properly verify or delete the discharged account, instead deferring to MOHELA's reporting.

**Support for Claims**
This exhibit establishes:

1. **Notice and Documentation** – MOHELA and the CRAs were provided with the IRS-accepted Form 1099-C both directly by the IRS and through disputes filed by the Beneficiary via the CFPB portal.
2. **Admissions by CRAs** – Experian, TransUnion, and Equifax each confirmed receipt and review of the Beneficiary's documentation. Their own responses demonstrate they had actual notice of the cancellation of debt.
3. **Failure to Reinvestigate Properly** – Under the FCRA (15 U.S.C. §1681i and §1681s-2(b)), CRAs and furnishers are required to conduct reasonable investigations and correct or delete inaccurate information once a dispute is received. Equifax, like Experian and TransUnion, deferred to MOHELA's verification and continued reporting discharged debt.
4. **Continued Reporting of Canceled Accounts** – The investigation results from January 2025 show MOHELA accounts updated with balances and payment terms more than a decade after the cancellation date of September 24, 2012.
5. **Foundation for Liability** – These documents satisfy the statutory prerequisites for FCRA and FDCPA claims by proving notice, submission of federal documentation, admission of review, and continued inaccurate reporting.

 Case 1:25-cv-00940-JLT-SKO    Document 8    Filed 09/12/25    Page 28 of 68

*Exhibit B*

An official website of the United States Government

 Consumer Financial Protection Bureau    **Start a new complaint**
(https://www.consumerfinance.gov/)

‹ All complaints (.)

*Experian* /

*March 5th*

# 250104-17763094
**CLOSED**



## ✓ Submitted

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 1/4/2025 | Credit reporting or other personal consumer reports | Incorrect information on your report |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

Subject: Formal Complaint Against MoHELA for Attempted Collection of Discharged Debt Dear CFPB, I am writing to formally file a complaint against the Missouri Higher Education Loan Authority (MoHELA) regarding its attempts to collect on a student loan debt that has been legally discharged. 1. Loan Details: Loan Servicer: MoHELA Account Number: 2449432509-1 Loan Type: Federal Student Loan 2. Discharge of Debt: On 8/28/24, I discharged the promissory note associated with the loan through a Form 1099-C (Cancellation of Debt), which was properly filed with the Internal Revenue Service (IRS). MoHELA was sent a copy of the 1099-C as required, notifying them of the debt cancellation. 3. Collection Efforts: Despite this discharge, MoHELA has continued to send collection notices and demand payment, in direct violation of my rights as the debt holder and contrary to federal law regarding canceled debt. Complaint Details I believe



*Exhibit B*

## Company responded

**STATUS**

Company responded on 3/5/2025

**RESPONSE TYPE**

Closed with explanation

*Experian*

### Company's Response

Thank you for submitting your dispute on January 04, 2025, through the CFPB Complaint Portal. We appreciate consumers who take the time to let us know about their experiences with our company. We have reviewed and considered the information you have supplied through the CFPB portal and directly to Experian. In your dispute you indicate that there are inaccurate items on your credit report. You are requesting these items be removed and or updated. Per your request to conduct a reinvestigation, we contacted the data furnisher(s) for the disputed items on your Experian credit report and asked them to verify the accuracy of the information with which you disagree. They responded and verified that the remaining disputed information was accurate as reported. Other aspects of the disputed item(s) may have also been updated or deleted by the data furnisher(s). The result summary was sent to you for review. According to the Fair Credit Reporting Act, our role in the dispute process is to review the accuracy and completeness of any disputed item which may include contacting the furnisher of the information or the vendor that collected the information from a public record source and notifying them of the dispute and disclosing all relevant information regarding your dispute. When we contact the furnisher or vendor, we ask that they verify all of the information regarding the item you disputed and report back within 30 days of the date that we received your request (21 days for Maine residents). To help resolve the dispute, we will review all relevant documents submitted with the dispute and will forward them to the furnisher if we are unable to resolve the issue. We review and consider the furnisher's or vendor's response to determine whether to accept it, reject it, or follow up for additional information. If, after processing, we find that the disputed information is inaccurate, incomplete or cannot be verified, we then delete or modify that information, as appropriate. If we do not receive a response from the furnisher or the vendor within the required period, we update the item as you have requested or delete the information and send you the results. In some instances, we are able to determine whether the disputed information should be changed or deleted without having to contact the furnisher or the vendor. After we complete our processing, we send you the results. If you question the results of our dispute process, you may also contact the furnisher of information directly. Please refer to your credit report for the furnisher or public records office name, address, and phone number (if available). For more details, please visit Experian.com/disputeprocess. If you disagree with the

results of the reinvestigations, it is your legal right, under the FCRA, to
add a 100-word statement specifying the nature of your dispute. The
consumer statement will appear on your credit report and be viewable
upon inquiry. If you would like our assistance in providing a concise
statement, please contact us directly at the telephone number or address
provided on your personal credit report and we would be happy to assist
you. You may refer to the credit report that you received for the name,
phone number (if available) and address of the data furnisher who
verified that information.    Please note that accurate information
cannot be deleted. Potentially negative items, such as missed or late
payments, remains on the personal credit report for seven years from
the date of the original missed payment.    Please note that you may also
submit your request or documents supporting your claim electronically
at www.experian.com/upload. You may also visit Experian's dispute
center by visiting www.experian.com/dispute.    For additional
assistance, you may call the toll-free telephone number provided on
your personal credit report obtained directly from Experian, or write to
Experian at P.O. Box 9701, Allen, TX 75013. For more information
regarding your credit and frequently asked questions, you may visit:
http://www.experian.com/blogs/ask-experian.    Thank you for
submitting your dispute through the CFPB Complaint Portal. It is our
policy to respond to consumer complaints swiftly and to take each
complaint seriously. We appreciate you letting us know about your
experiences with Experian.

## Feedback requested

| STATUS | FEEDBACK DUE |
|---|---|
| Feedback requested on 3/5/2025 | 5/4/2025 |

## Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60
days from when the company responded to share your feedback. The CFPB will share your
feedback responses with the company and use the information to help the CFPB's work with
consumer complaints.



## Closed

# Exhibit C – MOHELA Billing Statements & Delinquency Notices

**Description:**
This exhibit contains billing statements (Oct. 2023 – Jul. 2025) and delinquency/past-due notices (May 2023 – Jun. 2025) sent by Defendant MOHELA after the Plaintiff's loan was discharged via IRS Form 1099-C.

**Contents (Chronological Order):**

*Only the first five statements and last Notice - dated 6/5/2025 included*

- **Billing Statements:**
  - 10/02/2023
  - 11/02/2023
  - 12/02/2023
  - 01/02/2024
  - 03/02/2024 (two separate statements dated same day)
  - 04/02/2024
  - 05/02/2024
  - 12/02/2024
  - 01/02/2025
  - 02/02/2025
  - 03/02/2025
  - 04/02/2025
  - 05/02/2025
  - 07/02/2025
- **Past Due / Delinquency Notices:**
  - 05/01/2023
  - 07/05/2024
  - 08/31/2024
  - 09/05/2024
  - 12/05/2024
  - 01/01/2025
  - 01/05/2025
  - 02/05/2025
  - 03/05/2025
  - 04/06/2025
  - 06/05/2025

> **How Exhibit C Supports the Complaint:**
>
> - These documents demonstrate MOHELA's continued billing and collection activity **after Plaintiff's debt was canceled** by IRS Form 1099-C (Aug. 2024).
> - Each billing statement and delinquency notice falsely represented the legal status of the debt.
> - This supports **Count II (FDCPA)** by proving violations of §1692e(2)(A) (false representation of a debt's legal status) and §1692f (unfair and unconscionable practices).
> - The repeated pattern across 2023–2025 establishes willfulness and ongoing harm, not a one-time mistake

# MOHELA® *Exhibit C*

**A Department of Education Servicer**

# Federal Student Aid

An OFFICE of the U.S. DEPARTMENT of EDUCATION

**Find tools and resources to make the best repayment decision for you. Most borrowers can lower their payments by enrolling in the new SAVE Plan or other income driven plans. Visit StudentAid.gov/restart**

| Name | Account Number | Date Billed | Date Due |
|---|---|---|---|
| REBECCA R FLORES | 91 5859 4107 | 09-08-23 | 10-02-23 |

| Date Last Payment Received | Principal Paid Since Last Statement | Interest Paid Since Last Statement | Fees Paid Since Last Statement | Total Pmnts Rcvd Since Last Statement |
|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $0.00 |

| Bill Type | Amount Past Due | Current Due | Total Principal And Interest Due | Outstanding Late Fees To Date |
|---|---|---|---|---|
| INSTALL | $0.00 | $703.49 | $703.49 | $0.00 |

| Loan Seq | First Disb | Loan Program | Status | Owner | Monthly Installment Amount | Int Rate | Balance | Amount Past Due | Current Amount Due | Total Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10/16/12 | DLSTFD | REPAY | DEPT OF ED | $38.53 | 3.400% | $3,559.98 | $0.00 | $38.53 | $38.53 |
| 3 | 05/15/13 | DLSTFD | REPAY | DEPT OF ED | $38.53 | 3.400% | $3,559.98 | $0.00 | $38.53 | $38.53 |
| 5 | 01/22/14 | DLSTFD | REPAY | DEPT OF ED | $51.14 | 3.860% | $4,587.55 | $0.00 | $51.14 | $51.14 |
| 7 | 05/21/15 | DLSTFD | REPAY | DEPT OF ED | $62.33 | 4.660% | $5,500.00 | $0.00 | $62.33 | $62.33 |
| 9 | 01/05/16 | DLSTFD | REPAY | DEPT OF ED | $61.00 | 4.290% | $5,500.00 | $0.00 | $61.00 | $61.00 |
| 2 | 10/16/12 | DLUNST | REPAY | DEPT OF ED | $104.74 | 6.800% | $6,912.00 | $0.00 | $104.74 | $104.74 |
| 4 | 05/15/13 | DLUNST | REPAY | DEPT OF ED | $100.93 | 6.800% | $6,660.62 | $0.00 | $100.93 | $100.93 |
| 6 | 01/22/14 | DLUNST | REPAY | DEPT OF ED | $74.73 | 3.860% | $6,219.53 | $0.00 | $74.73 | $74.73 |
| 8 | 05/21/15 | DLUNST | REPAY | DEPT OF ED | $88.16 | 4.660% | $7,450.77 | $0.00 | $88.16 | $88.16 |
| 10 | 01/05/16 | DLUNST | REPAY | DEPT OF ED | $83.40 | 4.290% | $7,225.83 | $0.00 | $83.40 | $83.40 |

For presentation to the United States Treasury Fiscal Agent of the United States for redemption or in exchange of a new issue in accordance with written instructions submitted by

For presentation to the United States Treasury, **for redemption** or in exchange for securities of a new issue, in accordance with written instructions submitted by

See reverse for important information including, but not limited to, contact information, payment assistance, default information and consumer credit reporting.

Return lower portion with payment (without staples or tape) to special address listed below. Do not write special instructions directly on check as instructions should be included separately. Make checks payable to MOHELA and include 10 digit account number.

**Customer Statement**

**Amount Paid** - Do not write dollar ($) sign in boxes below or on check.

| Account Number | Date Due | | Total Amount Due |
|---|---|---|---|
| 91 5859 4107 | 10-02-23 | $ | $703.49 |

20232510191585941071000070349090000000000000002



#BWBBLCY
#B679 7019 6809 08L6#
REBECCA R FLORES
1121 E SANTA FE AVE APT 4
MERCED CA 95340-3167

004593

DEPARTMENT OF EDUCATION
MOHELA
PO BOX 790233
ST LOUIS MO 63179-0233

# MOHELA®

**A Department of Education Servicer**

# Federal Student Aid

*An OFFICE of the U.S. DEPARTMENT of EDUCATION*

**Find tools and resources to make the best repayment decision for you. Most borrowers can lower their payments by enrolling in the new SAVE Plan or other income driven plans. Visit StudentAid.gov/restart**

| Name | | Account Number | Date Billed | Date Due |
|---|---|---|---|---|
| REBECCA R FLORES | | 91 5859 4107 | 10-08-23 | 11-02-23 |

| Date Last Payment Received | Principal Paid Since Last Statement | Interest Paid Since Last Statement | Fees Paid Since Last Statement | Total Pmnts Rcvd Since Last Statement |
|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $0.00 |

| Bill Type | Amount Past Due | Current Due | Total Principal And Interest Due | Outstanding Late Fees To Date |
|---|---|---|---|---|
| INSTALL | $703.49 | $703.49 | $1,406.98 | $0.00 |

| Loan Seq | First Disb | Loan Program | Status | Owner | Monthly Installment Amount | Int Rate | Balance | Amount Past Due | Current Amount Due | Total Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10/16/12 | DLSTFD | REPAY | DEPT OF ED | $38.53 | 3.400% | $3,559.98 | $38.53 | $38.53 | $77.06 |
| 3 | 05/15/13 | DLSTFD | REPAY | DEPT OF ED | $38.53 | 3.400% | $3,559.98 | $38.53 | $38.53 | $77.06 |
| 5 | 01/22/14 | DLSTFD | REPAY | DEPT OF ED | $51.14 | 3.860% | $4,587.55 | $51.14 | $51.14 | $102.28 |
| 7 | 05/21/15 | DLSTFD | REPAY | DEPT OF ED | $62.33 | 4.660% | $5,500.00 | $62.33 | $62.33 | $124.66 |
| 9 | 01/05/16 | DLSTFD | REPAY | DEPT OF ED | $61.00 | 4.290% | $5,500.00 | $61.00 | $61.00 | $122.00 |
| 2 | 10/16/12 | DLUNST | REPAY | DEPT OF ED | $104.74 | 6.800% | $6,912.00 | $104.74 | $104.74 | $209.48 |
| 4 | 05/15/13 | DLUNST | REPAY | DEPT OF ED | $100.93 | 6.800% | $6,660.62 | $100.93 | $100.93 | $201.86 |
| 6 | 01/22/14 | DLUNST | REPAY | DEPT OF ED | $74.73 | 3.860% | $6,219.53 | $74.73 | $74.73 | $149.46 |
| 8 | 05/21/15 | DLUNST | REPAY | DEPT OF ED | $88.16 | 4.660% | $7,450.77 | $88.16 | $88.16 | $176.32 |
| 10 | 01/05/16 | DLUNST | REPAY | DEPT OF ED | $83.40 | 4.290% | $7,225.83 | $83.40 | $83.40 | $166.80 |

For presentation to the United States Treasury Fiscal Agent of the United States for redemption or in exchange of a new issue in accordance with written instructions submitted by

_____

See reverse for important information including, but not limited to, contact information, payment assistance, default information and consumer credit reporting.

Return lower portion with payment (without staples or tape) to special address listed below. Do not write special instructions directly on check as instructions should be included separately. Make checks payable to MOHELA and include 10 digit account number.

**Customer Statement**

| Account Number | Date Due | Amount Paid - Do not write dollar ($) sign in boxes below or on check. | Total Amount Due |
|---|---|---|---|
| 91 5859 4107 | 11-02-23 | $ [          ] | $1,406.98 |

20232810191585941071000140698090000000000000004

#BWBBLCY
#B679 7019 6810 08L3#
REBECCA R FLORES
1121 E SANTA FE AVE APT 4
MERCED CA 95340-3167


018265

DEPARTMENT OF EDUCATION
MOHELA
PO BOX 790233
ST LOUIS MO 63179-0233

# MOHELA®

*Exhibit C*

A Department of Education Servicer

# Federal Student Aid

An OFFICE of the U.S. DEPARTMENT of EDUCATION

**Find tools and resources to make the best repayment decision for you. Most borrowers can lower their payments by enrolling in the new SAVE Plan or other income driven plans. Visit StudentAid.gov/restart**

| Name | Account Number | Date Billed | Date Due |
|---|---|---|---|
| REBECCA R FLORES | 91 5859 4107 | 11-07-23 | 12-02-23 |

| Date Last Payment Received | Principal Paid Since Last Statement | Interest Paid Since Last Statement | Fees Paid Since Last Statement | Total Pmnts Rcvd Since Last Statement |
|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $0.00 |

| Bill Type | Amount Past Due | Current Due | Total Principal And Interest Due | Outstanding Late Fees To Date |
|---|---|---|---|---|
| INSTALL | $1,406.98 | $703.49 | $2,110.47 | $0.00 |

| Loan Seq | First Disb | Loan Program | Status | Owner | Monthly Installment Amount | Int Rate | Balance | Amount Past Due | Current Amount Due | Total Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10/16/12 | DLSTFD | REPAY | DEPT OF ED | $38.53 | 3.400% | $3,559.98 | $77.06 | $38.53 | $115.59 |
| 3 | 05/15/13 | DLSTFD | REPAY | DEPT OF ED | $38.53 | 3.400% | $3,559.98 | $77.06 | $38.53 | $115.59 |
| 5 | 01/22/14 | DLSTFD | REPAY | DEPT OF ED | $51.14 | 3.860% | $4,587.55 | $102.28 | $51.14 | $153.42 |
| 7 | 05/21/15 | DLSTFD | REPAY | DEPT OF ED | $62.33 | 4.660% | $5,500.00 | $124.66 | $62.33 | $186.99 |
| 9 | 01/05/16 | DLSTFD | REPAY | DEPT OF ED | $61.00 | 4.290% | $5,500.00 | $122.00 | $61.00 | $183.00 |
| 2 | 10/16/12 | DLUNST | REPAY | DEPT OF ED | $104.74 | 6.800% | $6,912.00 | $209.48 | $104.74 | $314.22 |
| 4 | 05/15/13 | DLUNST | REPAY | DEPT OF ED | $100.93 | 6.800% | $6,660.62 | $201.86 | $100.93 | $302.79 |
| 6 | 01/22/14 | DLUNST | REPAY | DEPT OF ED | $74.73 | 3.860% | $6,219.53 | $149.46 | $74.73 | $224.19 |
| 8 | 05/21/15 | DLUNST | REPAY | DEPT OF ED | $88.16 | 4.660% | $7,450.77 | $176.32 | $88.16 | $264.48 |
| 10 | 01/05/16 | DLUNST | REPAY | DEPT OF ED | $83.40 | 4.290% | $7,225.83 | $166.80 | $83.40 | $250.20 |

For presentation to the United States Treasury Fiscal Agent of the United States for redemption or in exchange of a new issue in accordance with written instructions submitted by
_____

For presentation to the United State Treasury, for redemption or in exchan for securities of a new issue, in accordar with written instructions submitted by_____

See reverse for important information including, but not limited to, contact information, payment assistance, default information and consumer credit reporting.

Return lower portion with payment (without staples or tape) to special address listed below. Do not write special instructions directly on check as instructions should be included separately. Make checks payable to MOHELA and include 10 digit account number.

**Customer Statement**

**Amount Paid** - Do not write dollar ($) sign in boxes below or on check.

| Account Number | Date Due | | Total Amount Due |
|---|---|---|---|
| 91 5859 4107 | 12-02-23 | $ | $2,110.47 |

20233110191585941071000211047090000000000000005

#BWBBLCY
#B679 7019 6811 07L3#
REBECCA R FLORES
1121 E SANTA FE AVE APT 4
MERCED CA 95340-3167


018974

DEPARTMENT OF EDUCATION
MOHELA
PO BOX 790233
ST LOUIS MO 63179-0233

# MOHELA®
## A Department of Education Servicer

# Federal Student Aid
### An OFFICE of the U.S. DEPARTMENT of EDUCATION

**Find tools and resources to make the best repayment decision for you. Most borrowers can lower their payments by enrolling in the new SAVE Plan or other income driven plans. Visit StudentAid.gov/restart**

| Name | | Account Number | Date Billed | Date Due |
|---|---|---|---|---|
| REBECCA R FLORES | | 91 5859 4107 | 12-08-23 | 01-02-24 |

| Date Last Payment Received | Principal Paid Since Last Statement | Interest Paid Since Last Statement | Fees Paid Since Last Statement | Total Pmnts Rcvd Since Last Statement |
|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $0.00 |

| Bill Type | Amount Past Due | Current Due | Total Principal And Interest Due | Outstanding Late Fees To Date |
|---|---|---|---|---|
| INSTALL | $2,110.47 | $703.49 | $2,813.96 | $0.00 |

| Loan Seq | First Disb | Loan Program | Status | Owner | Monthly Installment Amount | Int Rate | Balance | Amount Past Due | Current Amount Due | Total Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10/16/12 | DLSTFD | REPAY | DEPT OF ED | $38.53 | 3.400% | $3,559.98 | $115.59 | $38.53 | $154.12 |
| 3 | 05/15/13 | DLSTFD | REPAY | DEPT OF ED | $38.53 | 3.400% | $3,559.98 | $115.59 | $38.53 | $154.12 |
| 5 | 01/22/14 | DLSTFD | REPAY | DEPT OF ED | $51.14 | 3.860% | $4,587.55 | $153.42 | $51.14 | $204.56 |
| 7 | 05/21/15 | DLSTFD | REPAY | DEPT OF ED | $62.33 | 4.660% | $5,500.00 | $186.99 | $62.33 | $249.32 |
| 9 | 01/05/16 | DLSTFD | REPAY | DEPT OF ED | $61.00 | 4.290% | $5,500.00 | $183.00 | $61.00 | $244.00 |
| 2 | 10/16/12 | DLUNST | REPAY | DEPT OF ED | $104.74 | 6.800% | $6,912.00 | $314.22 | $104.74 | $418.96 |
| 4 | 05/15/13 | DLUNST | REPAY | DEPT OF ED | $100.93 | 6.800% | $6,660.62 | $302.79 | $100.93 | $403.72 |
| 6 | 01/22/14 | DLUNST | REPAY | DEPT OF ED | $74.73 | 3.860% | $6,219.53 | $224.19 | $74.73 | $298.92 |
| 8 | 05/21/15 | DLUNST | REPAY | DEPT OF ED | $88.16 | 4.660% | $7,450.77 | $264.48 | $88.16 | $352.64 |
| 10 | 01/05/16 | DLUNST | REPAY | DEPT OF ED | $83.40 | 4.290% | $7,225.83 | $250.20 | $83.40 | $333.60 |

*For presentation to the United States Treasury Fiscal Agent of the United States for redemption or in exchange of a new issue in accordance with written instructions submitted by*

For presentation to the United State Treasury, for redemption or in exchan for securities of a new issue, in accordar with written instructions submitted by_____

See reverse for important information including, but not limited to, contact information, payment assistance, default information and consumer credit reporting.

Return lower portion with payment (without staples or tape) to special address listed below. Do not write special instructions directly on check as instructions should be included separately. Make checks payable to MOHELA and include 10 digit account number.

## Customer Statement

Amount Paid - Do not write dollar ($) sign in boxes below or on check.

| Account Number | Date Due | $ | | Total Amount Due |
|---|---|---|---|---|
| 91 5859 4107 | 01-02-24 | | | $2,813.96 |

20233420191585941071000281396090000000000000008



#BWBBLCY
#B679 7019 6812 08L1#
REBECCA R FLORES
1121 E SANTA FE AVE APT 4
MERCED CA 95340-3167

019165

DEPARTMENT OF EDUCATION
MOHELA
PO BOX 790233
ST LOUIS MO 63179-0233



# MOHELA®

A Department of Education Servicer

# Federal Student Aid

An OFFICE of the U.S. DEPARTMENT of EDUCATION

Find tools and resources to make the best repayment decision for you. Most borrowers can lower their payments by enrolling in the new SAVE Plan or other income driven plans. Visit StudentAid.gov/restart

| Name | Account Number | Date Billed | Date Due |
|---|---|---|---|
| REBECCA R FLORES | 91 5859 4107 | 02-03-24 | 03-02-24 |

| Date Last Payment Received | Principal Paid Since Last Statement | Interest Paid Since Last Statement | Fees Paid Since Last Statement | Total Pmnts Rcvd Since Last Statement |
|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $0.00 |

| Bill Type | Amount Past Due | Current Due | Total Principal And Interest Due | Outstanding Late Fees To Date |
|---|---|---|---|---|
| INSTALL | $1,406.98 | $703.49 | $2,110.47 | $0.00 |

| Loan Seq | First Disb | Loan Program | Status | Owner | Monthly Installment Amount | Int Rate | Balance | Amount Past Due | Current Amount Due | Total Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10/16/12 | DLSTFD | REPAY | DEPT OF ED | $38.53 | 3.400% | $3,559.98 | $77.06 | $38.53 | $115.59 |
| 3 | 05/13/13 | DLSTFD | REPAY | DEPT OF ED | $38.53 | 3.400% | $3,559.98 | $77.06 | $38.53 | $115.59 |
| 5 | 01/22/14 | DLSTFD | REPAY | DEPT OF ED | $51.14 | 3.860% | $4,587.55 | $102.28 | $51.14 | $153.42 |
| 7 | 05/21/15 | DLSTFD | REPAY | DEPT OF ED | $62.33 | 4.660% | $5,500.00 | $124.66 | $62.33 | $186.99 |
| 9 | 01/05/16 | DLSTFD | REPAY | DEPT OF ED | $61.00 | 4.290% | $5,500.00 | $122.00 | $61.00 | $183.00 |
| 2 | 10/16/12 | DLUNST | REPAY | DEPT OF ED | $104.74 | 6.800% | $6,912.00 | $209.48 | $104.74 | $314.22 |
| 4 | 05/13/13 | DLUNST | REPAY | DEPT OF ED | $100.93 | 6.800% | $6,660.62 | $201.86 | $100.93 | $302.79 |
| 6 | 01/22/14 | DLUNST | REPAY | DEPT OF ED | $74.73 | 3.860% | $6,219.53 | $149.46 | $74.73 | $224.19 |
| 8 | 05/21/15 | DLUNST | REPAY | DEPT OF ED | $88.16 | 4.660% | $7,450.77 | $176.32 | $88.16 | $264.48 |
| 10 | 01/05/16 | DLUNST | REPAY | DEPT OF ED | $83.40 | 4.290% | $7,225.83 | $166.80 | $83.40 | $250.20 |

For presentation to the United States Treasury, for redemption or in exchange for securities of a new issue, in accordance with written instructions submitted by_____●

See reverse for important information including, but not limited to, contact information, payment assistance, default information and consumer credit reporting.

Return lower portion with payment (without staples or tape) to special address listed below. Do not write special instructions directly on check as instructions should be included separately. Make checks payable to MOHELA and include 10 digit account number.

Customer Statement

Amount Paid - Do not write dollar ($) sign in boxes below or on check.

| Account Number | Date Due | $ | | Total Amount Due |
|---|---|---|---|---|
| 91 5859 4107 | 03-02-24 | | | $2,110.47 |

20240340191585941071000211047090000000000000009



#BWBBLCY
#B679 7019 6802 03L8#
REBECCA R FLORES
1121 E SANTA FE AVE APT 4
MERCED CA 95340-3167

017983

DEPARTMENT OF EDUCATION
MOHELA
PO BOX 790233
ST LOUIS MO 63179-0233

1



**MOHELA**® Official Servicer of Federal Student Aid

633 Spirit Drive, Chesterfield, MO 63005

June 5, 2025



ACCT NUMBER: 2449432509-1

REBECCA R FLORES
1121 E SANTA FE AVE
APT 4
MERCED CA 95340-3167



REBECCA R FLORES:

You may not know where to begin to resolve your federal student loan past due status, but a visit to mohela.studentaid.gov or to StudentAid.gov may provide you a solution.

Please review your options including income-driven repayment (IDR) plans by visiting *Loan Simulator* at StudentAid.gov/loan-simulator. Lower monthly payments, some as low as $0 per month, may be available with a different repayment plan.

If you'd like to speak with a repayment expert, you may contact a MOHELA specialist at 1-888-866-4352 (Toll Free) who can assist you with resolving your payment concerns. Our specialists can help you develop a plan to avoid the consequences of loan default.

Please let us assist you in recovering your loan status today. There is still time to act and prevent the worst consequences of a past due account status.

**Your Federal Student Loans Status– Critically Past Due**

- Over 210 days (seven monthly payments) are past due
- Negative consumer credit reporting occurs at the end of each month
- Default of your federal student loan is quickly approaching
- Numerous attempts have been made to contact you
- Ongoing attempts to contact you will continue until your loans are current or defaulted
- Billing statements are being sent to inform you of the past due amount
- Options other than making payment may be available. Call us at 1-888-866-4352 (Toll Free)

**Stop Default, Negative Consumer Credit Reporting, and Attempts to Contact You**

**Ways to Make Your Payment**
- Online: mohela.studentaid.gov
- Phone: 1-888-866-4352 (Toll Free)
- Bill Pay Service: Use your bank or credit union's online bill pay service

D099

MOHELA is an official servicer of Federal Student Aid, an office of the U.S. Department of Education.

Learn more at StudentAid.gov

MOHELA | NMLS #1442770 | PO Box 790453 | St. Louis, MO 63179-0453
1-888-866-4352 (Toll Free) | mohela.studentaid.gov
in @MOHELA  ✖ @MOHELA  f @MOHELA.usa

# Exhibit D

**Equifax Dispute Results**
Confirmation No.: 528517334
Date: August 20, 2025
Length: 23 pages

Exhibit D – Description (for Index/Complaint Reference)

Exhibit D consists of the 23-page Equifax dispute investigation results dated August 20, 2025, under Confirmation No. 528517334. These records confirm Plaintiff's prior disputes regarding inaccurate reporting of student loan accounts and MOHELA's ongoing furnishing of false credit information. The exhibit supports Plaintiff's claims under the Fair Credit Reporting Act (FCRA) and Fair Debt Collection Practices Act (FDCPA) by demonstrating: (1) that Equifax received and investigated Plaintiff's disputes; (2) that MOHELA and its agents failed to conduct a lawful reinvestigation or correct the inaccuracies; and (3) that the continued reporting of the disputed accounts is willful, negligent, and damaging to Plaintiff's credit profile.

P.O. Box 105518
Atlanta, GA 30348

000000364 FECA0000082025193181 01 000000 001277 012

000001277- DISC
REBECCA FLORES
~~1234 SANTA FE AVE # 4~~
~~MERCED, CA 00000-8167~~

# EQUIFAX

**Exhibit D**

## CREDIT FILE : August 20, 2025

## Confirmation # 5218517334

Dear REBECCA FLORES:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete. Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

- You may add a statement of up to 100 words (200 words for Maine residents) to your credit report. If you provide a consumer statement that contains

(End of Report)
000001277-DISC

5218517334-MMW-0Z0010700000221-08202025

**Exhibit D**

- medical information related to services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.

- You may contact the company that reports the information to us, and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.

- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.equifax.com/personal/disputes. You may also mail your documents to PO Box 740256, Atlanta GA 30374-0256 or contact us by calling a Customer Representative at (888) EQUIFAX, (888) 378-4329.

- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

(End of Report)
000001277-DISC

Page 2 of 24

5218517334-MMW-0f2d0107000000221-08202025-

# Exhibit D

00000364 0A180 0002-0012 DECA00000832025193187 001 00001277

## What else should I know?

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at equifax.com/personal/help/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

## How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below.

- If an item states "**Deleted**", we have removed it from your credit report and taken steps so it does not reappear.
- If an item states "**Verified as Reported**", the reporting company has certied it is reporting accurately.
- If an item states "**Updated**", we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.

Consumer's dispute not specific. Consumer Information verified. Account information updated: Information on your report has been updated.

## The Results Of Our Reinvestigation

### Credit Account Information
(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)

| Account History | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| Status Code | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| Descriptions | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| | 4 : 120-149 Days Past Due | H : Foreclosure | |

>>> **The information you disputed has been updated as well as other information on this item. Account #    *0208 The results are:    THIS ACCOUNT HAS BEEN UPDATED. ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE REGARDING THIS ITEM.**

(End of Report)
00000001277-DISC

5218517334-MMW-0f2d01070000221-08202025

THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *BALANCE *ACTUAL PAYMENT *PAST DUE *HISTORICAL ACCOUNT INFORMATION *ACCOUNT HISTORY.  If you have additional questions about this item please contact: *MISSOURI HIGHER EDUCATION LOAN, 633 SPIRIT DR, CHESTERFIELD, MO 63005-1243* Phone: (636) 733-3700

*Exhibit D*

**MISSOURI HIGHER EDUCATION LOAN**  633 SPIRIT DR CHESTERFIELD MO 630051243; 6391333700

| Account Number *0208 | Date Opened 10/16/2012 | High Credit $3,500 | Credit Limit | Terms Duration 120 Months | Terms Frequency Monthly | | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|

| Date of Last Reported Update 08/20/2025 | Balance Amount $4,151 | Amount Past Due $397 | Date of Last Payment 08/01/2023 | Scheduled Payment Amount $39 | Actual Payment Amount | Date of 1st Delinquency 12/01/2024 | Date of Last Activity | Date Maj Del 1st Rptd | Months Revd 99 | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Status: Over 120 Days Past Due
Type of Account: Installment
Type of Loan: Education Loan
Whose Account: Individual Account
Portfolio Indicator
Portfolio Status

**ADDITIONAL INFORMATION:**
*Student Loan*

*180 Days or More Past Due*

**Account History with Status Codes**

| 07/2025 | 06/2025 | 05/2025 | 04/2025 | 03/2025 | 02/2025 | 01/2025 | 12/2024 | 11/2024 | 10/2024 |
|---|---|---|---|---|---|---|---|---|---|
| 6 | 6 | 6 | 5 | 4 | 3 | 3 | 0 | 0 | 0 |

| 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 02/2024 | 12/2024 |
|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/25 | No Data Available | | | | | | | | |
| 06/25 | $4,139 | $39 | | 08/01/2023 | $3,500 | | | Education Loan | |
| 05/25 | $4,128 | $39 | | 08/01/2023 | $3,500 | | | Education Loan | |
| 04/25 | $4,117 | $39 | | 08/01/2023 | $3,500 | | | Education Loan | |
| 03/25 | $4,106 | $39 | | 08/01/2023 | $3,500 | | | Education Loan | |
| 02/25 | $4,094 | $39 | | 08/01/2023 | $3,500 | | | Education Loan | |
| 01/25 | $4,084 | $39 | | 08/01/2023 | $3,500 | | | Education Loan | |
| 12/24 | $4,073 | $39 | | 08/01/2023 | $3,500 | | | Education Loan | |

(End of Report)
000001277-DISC

521851 7334-MMW-0f2d010700000221-08202025

Exhibit D

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 11/24 | $4,061 | $39 | | 08/01/2023 | $3,500 | | | Education Loan | |
| 10/24 | $4,050 | $39 | | 08/01/2023 | $3,500 | | | Education Loan | |
| 09/24 | $4,039 | | | | | | | Education Loan | |
| 08/24 | $4,032 | $39 | | 08/01/2023 | $3,500 | | | Education Loan | |
| 07/24 | $4,021 | $39 | | 08/01/2023 | $3,500 | | | Education Loan | |
| 06/24 | $4,009 | $39 | | 08/01/2023 | $3,500 | | | Education Loan | |
| 05/24 | $3,998 | | | 08/01/2023 | $3,500 | | | Education Loan | |
| 04/24 | No Data Available | | | | | | | | |
| 03/24 | No Data Available | | | | | | | | |
| 02/24 | No Data Available | | | | | | | | |
| 01/24 | $3,958 | $38 | | 08/01/2023 | $3,500 | | | Education Loan | |
| 12/23 | No Data Available | | | | | | | | |
| 11/23 | $3,938 | $38 | | 08/01/2023 | $3,500 | | | Education Loan | |
| 10/23 | $3,928 | $38 | | 08/01/2023 | $3,500 | | | Education Loan | |
| 09/23 | No Data Available | | | | | | | | |
| 08/23 | $3,908 | | | 08/01/2023 | $3,500 | | | Education Loan | |

>>> **The information you disputed has been updated as well as other information on this item. Account # - *0208 The results are:** THIS ACCOUNT HAS BEEN UPDATED. ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE REGARDING THIS ITEM. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *BALANCE *ACTUAL PAYMENT *PAST DUE *HISTORICAL ACCOUNT INFORMATION *ACCOUNT HISTORY.   If you have additional questions about this item please contact: *MISSOURI HIGHER EDUCATION LOAN, 633 SPIRIT DR, CHESTERFIELD, MO 63005-1243 Phone: (636) 733-3700*

**MISSOURI HIGHER EDUCATION LOAN**   633 SPIRIT DR CHESTERFIELD MO 63005-1243 : 6367333700

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|

Page 5 of 24

(End of Report)
000001277-DISC

**MISSOURI HIGHER EDUCATION LOAN**    633 SPIRIT DR CHESTERFIELD IMO 630051243: 8387333700
*0208    01/22/2014    120 Months  Monthly    99

*Exhibit D* (handwritten)

| Date of Last Reported Update 08/20/2025 | Balance Amount $7,930 | Amount Past Due $773 | Date of Last Payment 08/01/2023 | Actual Payment Amount $30 | Scheduled Payment Amount $77 | Date of 1st Delinquency 12/02/2024 | Date of Last Activity | Date Maj Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Status: Over 120 Days Past Due    Type of Account: Installment    Type of Loan: Education Loan    Whose Account: Individual Account    Portfolio Indicator    Portfolio Status

**ADDITIONAL INFORMATION:**

*Student Loan*

*180 Days or More Past Due*

**Account History with Status Codes**

| | 07/2025 6 | 08/6/2025 6 | 06/2025 6 | 05/2025 6 | 04/2025 5 | 03/2025 4 | 02/2025 3 | 01/2025 3 | 12/2024 0 | 11/2024 0 | 10/2024 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 09/2024 0 | 08/2024 0 | 08/2024 0 | 07/2024 0 | 06/2024 0 | 05/2024 0 | 02/2024 0 | | | | |

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/25 | No Data Available | | | | | | | | |
| 06/25 | $7,905 | $77 | | 08/01/2023 | $6,000 | | | Education Loan | |
| 05/25 | $7,881 | $77 | | 08/01/2023 | $6,000 | | | Education Loan | |
| 04/25 | $7,857 | $77 | | 08/01/2023 | $6,000 | | | Education Loan | |
| 03/25 | $7,833 | $77 | | 08/01/2023 | $6,000 | | | Education Loan | |
| 02/25 | $7,808 | $77 | | 08/01/2023 | $6,000 | | | Education Loan | |
| 01/25 | $7,786 | $77 | | 08/01/2023 | $6,000 | | | Education Loan | |
| 12/24 | $7,761 | $77 | | 08/01/2023 | $6,000 | | | Education Loan | |
| 11/24 | $7,737 | $77 | | 08/01/2023 | $6,000 | | | Education Loan | |
| 10/24 | $7,713 | $77 | | 08/01/2023 | $6,000 | | | Education Loan | |
| 09/24 | $7,688 | | | 08/01/2023 | $6,000 | | | Education Loan | |

(End of Report)
000001277-DISC

5218517334-MMW-02d0107000000221-08202025

Exhibit D

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/24 | $7,681 | $76 | | 08/01/2023 | $6,000 | | $76 | Education Loan | |
| 07/24 | $7,656 | $76 | | 08/01/2023 | $6,000 | | | Education Loan | |
| 06/24 | $7,632 | $76 | | 08/01/2023 | $6,000 | | | Education Loan | |
| 05/24 | $7,608 | | | 08/01/2023 | $6,000 | | | Education Loan | |
| 04/24 | No Data Available | | | | | | | | |
| 03/24 | No Data Available | | | | | | | | |
| 02/24 | No Data Available | | | | | | | | |
| 01/24 | $7,529 | $74 | | 08/01/2023 | $6,000 | | | Education Loan | |
| 12/23 | No Data Available | | | | | | | | |
| 11/23 | $7,488 | $74 | | 08/01/2023 | $6,000 | | | Education Loan | |
| 10/23 | $7,468 | $74 | | 08/01/2023 | $6,000 | | | Education Loan | |
| 09/23 | No Data Available | | | | | | | | |
| 08/23 | $7,428 | | | 08/01/2023 | $6,000 | | | Education Loan | |

>>> **The information you disputed has been updated as well as other information on this item. Account # - *0208 The results are: *0208 THIS ACCOUNT HAS BEEN UPDATED. ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE REGARDING THIS ITEM. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *ACTUAL PAYMENT *PAST DUE *HISTORICAL ACCOUNT INFORMATION *ACCOUNT HISTORY. If you have additional questions about this item please contact: MISSOURI HIGHER EDUCATION LOAN, 633 SPIRIT DR, CHESTERFIELD, MO 63005-1243 Phone: (636) 733-3700**

**MISSOURI HIGHER EDUCATION LOAN    633 SPIRIT DR CHESTERFIELD MO 630051243 ; 6387333700**

| Date Opened 05/15/2013 | High Credit $3,500 | Credit Limit | Terms Duration 120 Months | Terms Frequency Monthly | Months Revd 99 | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|

| Account Number *0208 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date of Last Reported Update 08/20/2025 | Balance Amount $4,148 | Amount Past Due $397 | Actual Payment Amount | Date of Last Payment 08/01/2023 | Date of 1st Delinquency 12/02/2024 | Date of Last Activity | Date Maj Del 1st Rptd | Months Revd 99 | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |

Type of Account Installment

Status Over 120 Days Past Due    Type of Loan Education Loan    Scheduled Payment Amount $39    Whose Account Individual Account    Portfolio Indicator    Portfolio Status

(End of Report)
000001277-DISC

5218517334-MMW-0f2d0107000000221-08202025

Exhibit D

ADDITIONAL INFORMATION:
**Student Loan**

*180 Days or More Past Due*

## Account History with Status Codes

| 07/2025 6 | 06/2025 6 | 05/2025 6 | 04/2025 5 | 03/2025 4 | 02/2025 3 | 01/2025 3 | 12/2024 0 | 11/2024 0 | 10/2024 0 |
|---|---|---|---|---|---|---|---|---|---|
| 09/2024 0 | 08/2024 0 | 07/2024 0 | 06/2024 0 | 05/2024 0 | 02/2024 0 | 02/2024 0 | | | |

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/25 | No Data Available | | | | | | | | |
| 06/25 | $4,139 | $39 | | 08/01/2023 | $3,500 | | | Education Loan | |
| 05/25 | $4,128 | $39 | | 08/01/2023 | $3,500 | | | Education Loan | |
| 04/25 | $4,117 | $39 | | 08/01/2023 | $3,500 | | | Education Loan | |
| 03/25 | $4,106 | $39 | | 08/01/2023 | $3,500 | | | Education Loan | |
| 02/25 | $4,094 | $39 | | 08/01/2023 | $3,500 | | | Education Loan | |
| 01/25 | $4,084 | $39 | | 08/01/2023 | $3,500 | | | Education Loan | |
| 12/24 | $4,073 | $39 | | 08/01/2023 | $3,500 | | | Education Loan | |
| 11/24 | $4,061 | $39 | | 08/01/2023 | $3,500 | | | Education Loan | |
| 10/24 | No Data Available | | | | | | | | |
| 09/24 | $4,039 | | | 08/01/2023 | $3,500 | | | Education Loan | |
| 08/24 | $4,032 | $39 | | 08/01/2023 | $3,500 | | | Education Loan | |
| 07/24 | $4,021 | $39 | | 08/01/2023 | $3,500 | | | Education Loan | |
| 06/24 | $4,009 | $39 | | 08/01/2023 | $3,500 | | | Education Loan | |

(End of Report)
000001277-DISC

521851734-MMW-0t2d01070000224-08202025

*Exhibit D*

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 05/24 | $3,998 | | | 08/01/2023 | $3,500 | | | Education Loan | |
| 04/24 | No Data Available | | | | | | | | |
| 03/24 | No Data Available | | | | | | | | |
| 02/24 | No Data Available | | | | | | | | |
| 01/24 | $3,958 | $38 | | 08/01/2023 | $3,500 | | | Education Loan | |
| 12/23 | No Data Available | | | | | | | | |
| 11/23 | $3,938 | $38 | | 08/01/2023 | $3,500 | | | Education Loan | |
| 10/23 | $3,928 | $38 | | 08/01/2023 | $3,500 | | | Education Loan | |
| 09/23 | No Data Available | | | | | | | | |
| 08/23 | $3,908 | | | 08/01/2023 | $3,500 | | | Education Loan | |

>>> **The information you disputed has been updated as well as other information on this item. Account # - *0208 The results are:** THIS ACCOUNT HAS BEEN UPDATED. ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE REGARDING THIS ITEM. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *BALANCE *ACTUAL PAYMENT *PAST DUE *HISTORICAL ACCOUNT INFORMATION *ACCOUNT HISTORY. If you have additional questions about this item please contact: *MISSOURI HIGHER EDUCATION LOAN, 633 SPIRIT DR, CHESTERFIELD, MO 63005-1243 Phone: (636) 733-3700*

**MISSOURI HIGHER EDUCATION LOAN** #0208    633 SPIRIT DR CHESTERFIELD MO 630061243 ; 6367333700

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Rcvd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *0208 | 05/21/2015 | $5,500 | | 120 Months | Monthly | 99 | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Actual Payment Amount | Date of Last Payment | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/20/2025 | $6,589 | $663 | | 08/01/2023 | $66 | 12/02/2024 | | | | | | | |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Over 120 Days Past Due | Installment | Education Loan | Individual Account | | |

**ADDITIONAL INFORMATION:**
*Student Loan*

*180 Days or More Past Due*

**(End of Report)**

1000001277-DISC

5218517334-MMW-0f2d010700000221-08202025

Exhibit D

## Account History with Status Codes

| Month | Code | | Month | Code |
|---|---|---|---|---|
| 07/2025 | 6 | | 10/2024 | 0 |
| 06/2025 | 6 | | 11/2024 | 0 |
| 05/2025 | 6 | | 12/2024 | 0 |
| 04/2025 | 5 | | 01/2025 | 3 |
| 03/2025 | 4 | | 02/2025 | 3 |
| 02/2025 | 3 | | 02/2024 | 0 |
| 09/2024 | 0 | | 05/2024 | 0 |
| 08/2024 | 0 | | 06/2024 | 0 |
| 07/2024 | 0 | | 07/2024 | 0 |
| 06/2024 | 0 | | 08/2024 | 0 |
| 05/2024 | 0 | | 09/2024 | 0 |

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/25 | No Data Available | | | | | | | | |
| 06/25 | $6,564 | $66 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 05/25 | $6,541 | $66 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 04/25 | $6,516 | $66 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 03/25 | $6,493 | $66 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 02/25 | $6,468 | $66 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 01/25 | $6,446 | $66 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 12/24 | $6,422 | $66 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 11/24 | $6,397 | $66 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 10/24 | $6,374 | $66 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 09/24 | $6,349 | | | 08/01/2023 | $5,500 | | | Education Loan | |
| 08/24 | $6,336 | $65 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 07/24 | $6,311 | $65 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 06/24 | $6,287 | $65 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 05/24 | $6,264 | $65 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 04/24 | No Data Available | | | | | | | | |
| 03/24 | No Data Available | | | | | | | | |
| 02/24 | No Data Available | | | | | | | | |

5218517334-MMW-0I2d010700000221-08202025

Exhibit D

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 01/24 | $6,179 | $62 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 12/23 | No Data Available | | | | | | | | |
| 11/23 | $6,135 | $62 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 10/23 | $6,114 | $62 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 09/23 | No Data Available | | | | | | | | |
| 08/23 | $6,071 | | | 08/01/2023 | $5,500 | | | Education Loan | |

>>> **The information you disputed has been updated as well as other information on this item. Account # - *0208 The results are:** THIS ACCOUNT HAS BEEN UPDATED. ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE REGARDING THIS ITEM. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *BALANCE *ACTUAL PAYMENT *PAST DUE *HISTORICAL ACCOUNT INFORMATION *ACCOUNT HISTORY. If you have additional questions about this item please contact: **MISSOURI HIGHER EDUCATION LOAN, 633 SPIRIT DR, CHESTERFIELD, MO 63005-1243 Phone: (636) 733-3700**

**MISSOURI HIGHER EDUCATION LOAN** 633 SPIRIT DR CHESTERFIELD MO 63005-1243 : 6387333700

| Account Number *0208 | Date Opened 10/16/2012 | High Credit $6,000 | Credit Limit | Terms Duration 120 Months | Terms Frequency Monthly | Months Revd 99 | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|

| Date of Last Reported Update 08/20/2025 | Balance Amount $10,324 | Amount Past Due $1,126 | Date of Last Payment 08/01/2023 | Actual Payment Amount $0 | Scheduled Payment Amount $112 | Date of 1st Delinquency 12/02/2024 | Date of Last Activity 02/02/2024 | Date Maj Del 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay. Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Status Over 120 Days Past Due | Type of Account Installment | Type of Loan Education Loan | | Whose Account Individual Account | | | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|---|---|---|

## ADDITIONAL INFORMATION:

**Student Loan**

**180 Days or More Past Due**

Account History with Status Codes

| | 07/2025 6 | 06/2025 6 | 05/2025 6 | 04/2025 5 | 03/2025 4 | 02/2025 3 | 01/2025 3 | 12/2024 0 | 11/2024 0 | 10/2024 0 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 09/2024 0 | 08/2024 0 | 07/2024 0 | 06/2024 0 | 05/2024 0 | 02/2024 0 | | | | |

Page 11 of 24

(End of Report)
000001277-DISC

5218517334-MMW-0l2d010700000221-08202025

*Exhibit D*

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/25 | No Data Available | | | | | | | | |
| 06/25 | $10,270 | $112 | | 08/01/2023 | $6,000 | | | Education Loan | |
| 05/25 | $10,217 | $112 | | 08/01/2023 | $6,000 | | | Education Loan | |
| 04/25 | $10,162 | $112 | | 08/01/2023 | $6,000 | | | Education Loan | |
| 03/25 | $10,109 | $112 | | 08/01/2023 | $6,000 | | | Education Loan | |
| 02/25 | $10,054 | $112 | | 08/01/2023 | $6,000 | | | Education Loan | |
| 01/25 | $10,005 | $112 | | 08/01/2023 | $6,000 | | | Education Loan | |
| 12/24 | $9,950 | $112 | | 08/01/2023 | $6,000 | | | Education Loan | |
| 11/24 | $9,895 | $112 | | 08/01/2023 | $6,000 | | | Education Loan | |
| 10/24 | $9,842 | $112 | | 08/01/2023 | $6,000 | | | Education Loan | |
| 09/24 | $9,789 | | | 08/01/2023 | $6,000 | | | Education Loan | |
| 08/24 | $9,792 | $110 | | 08/01/2023 | $6,000 | | | Education Loan | |
| 07/24 | $9,738 | $110 | | 08/01/2023 | $6,000 | | | Education Loan | |
| 06/24 | $9,683 | $110 | | 08/01/2023 | $6,000 | | | Education Loan | |
| 05/24 | $9,632 | | | 08/01/2023 | $6,000 | | | Education Loan | |
| 04/24 | No Data Available | | | | | | | | |
| 03/24 | No Data Available | | | | | | | | |
| 02/24 | No Data Available | | | | | | | | |
| 01/24 | $9,476 | $104 | | 08/01/2023 | $6,000 | | | Education Loan | |
| 12/23 | No Data Available | | | | | | | | |
| 11/23 | $9,396 | $104 | | 08/01/2023 | $6,000 | | | Education Loan | |
| 10/23 | $9,358 | $104 | | 08/01/2023 | $6,000 | | | Education Loan | |

(End of Report)
000001277-DISC

Page 12 of 24

5218517334-MMW-0Izd01070000221-08202025.

*Exhibit D*

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/23 | No Data Available | | | | | | | | |
| 08/23 | $9,279 | | | 08/01/2023 | $6,000 | | | Education Loan | |

>>> **The information you disputed has been updated as well as other information on this item. Account # - *0208 The results are:** THIS ACCOUNT HAS BEEN UPDATED. ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE REGARDING THIS ITEM. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *BALANCE *ACTUAL PAYMENT *PAST DUE *HISTORICAL ACCOUNT INFORMATION *ACCOUNT HISTORY. If you have additional questions about this item please contact: *MISSOURI HIGHER EDUCATION LOAN, 633 SPIRIT DR, CHESTERFIELD, MO 63005-1243 Phone: (636) 733-3700*

**MISSOURI HIGHER EDUCATION LOAN**   633 SPIRIT DR CHESTERFIELD MO 63005-1243 - 8367333700

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency |
|---|---|---|---|---|---|
| *0208 | 01/05/2016 | $5,500 | | 120 Months | Monthly |

| Date of Last Reported Update | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of Last Delinquency | Whose Account | Date Mo Del 1st Paid | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/20/2025 | $644 | 08/01/2023 | $0 | $64 | 12/02/2024 | Individual Account | | | | | | |

| Balance Amount | Type of Account | Type of Loan | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|
| $6,500 | Installment | Education Loan | 99 | | |

Portfolio Indicator     Portfolio Status

**Status**
Over 120 Days Past Due

## ADDITIONAL INFORMATION:
*Student Loan*

*180 Days or More Past Due*

### Account History with Status Codes

| 07/2025 6 | 06/2025 6 | 06/2025 6 | 04/2025 5 | 03/2025 4 | 02/2025 3 | 02/2025 3 | 01/2025 3 | 12/2024 0 | 11/2024 0 | 10/2024 0 |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/2024 0 | 08/2024 0 | 07/2024 0 | 07/2024 0 | 06/2024 0 | 05/2024 0 | 02/2024 0 | 02/2024 0 | | | |

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/25 | No Data Available | | | | | | | | |
| 06/25 | $6,478 | $64 | | 08/01/2023 | $5,500 | | | Education Loan | |

(End of Report)
000001277-DISC

5218517334-MMW-0f2d010700000221-08202025

*Exhibit A*

| Historical Account Information | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 05/25 | $6,456 | $64 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 04/25 | $8,434 | $64 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 03/25 | $6,413 | $64 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 02/25 | $6,390 | $64 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 01/25 | $6,370 | $64 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 12/24 | $6,348 | $64 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 11/24 | $6,326 | $64 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 10/24 | $6,304 | $64 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 09/24 | $6,282 | | | 08/01/2023 | $5,500 | | | Education Loan | |
| 08/24 | $6,269 | $63 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 07/24 | $6,247 | $63 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 06/24 | $6,224 | $63 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 05/24 | $6,203 | $63 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 04/24 | No Data Available | | | | | | | | |
| 03/24 | No Data Available | | | | | | | | |
| 02/24 | No Data Available | | | | | | | | |
| 01/24 | $6,125 | | | 08/01/2023 | $5,500 | | | Education Loan | |
| 12/23 | No Data Available | | | | | | | | |
| 11/23 | $6,085 | $61 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 10/23 | $6,065 | $61 | | 08/01/2023 | $5,500 | | | Education Loan | |
| 09/23 | No Data Available | | | | | | | | |
| 08/23 | $6,026 | | | 08/01/2023 | $5,500 | | | Education Loan | |

5218517334-MMW-0Z4010700000221-08202025

*Exhibit D*

## Historical Account Information

| Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Type of Loan | Amount Past Due | Activity Designator |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

>>> **The information you disputed has been updated as well as other information on this item. Account # - *0208 The results are:** THIS ACCOUNT HAS BEEN UPDATED. ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE REGARDING THIS ITEM. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *BALANCE *ACTUAL PAYMENT *PAST DUE *HISTORICAL ACCOUNT INFORMATION *ACCOUNT HISTORY. If you have additional questions about this item please contact: **MISSOURI HIGHER EDUCATION LOAN, 633 SPIRIT DR, CHESTERFIELD, MO 63005-1243 Phone: (636) 733-3700**

**MISSOURI HIGHER EDUCATION LOAN**   633 SPIRIT DR CHESTERFIELD MO 63005/1243 : 6387333700

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *0208 | 01/05/2016 | $7,000 | | 120 Months | Monthly | 99 | | |

| Date of Last Reported/Update | Balance Amount | Amount Past Due | Date of Last Payment | Date of 1st. Delinquency | Date of Last Activity | Date Maj Del 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/20/2025 | $8,861 | $879 | 08/01/2023 | 12/02/2024 | | | | | | | |

| Status | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|
| Over 120 Days Past Due Installment | Education Loan | Individual Account | | |

**ADDITIONAL INFORMATION:**

*Student Loan*

*180 Days or More Past Due*

### Account History with Status Codes

| 07/2025 | 06/2025 | 05/2025 | 04/2025 | 03/2025 | 02/2025 | 01/2025 | 12/2024 | 11/2024 | 10/2024 |
|---|---|---|---|---|---|---|---|---|---|
| 6 | 6 | 6 | 5 | 4 | 3 | 3 | 0 | 0 | 0 |

| 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 02/2024 |
|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 |

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Type of Loan | Amount Past Due | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/25 | No Data Available | | | | | | | | |
| 06/25 | $8,831 | $87 | | 08/01/2023 | $7,000 | | Education Loan | | |
| 05/25 | $8,801 | $87 | | 08/01/2023 | $7,000 | | Education Loan | | |
| 04/25 | $8,771 | $87 | | 08/01/2023 | $7,000 | | Education Loan | | |

(End of Report)

00000121277-DISC

5218517334-MWW-0l2d010700000221-08202025

Exhibit D

THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *BALANCE *ACTUAL PAYMENT *PAST DUE *HISTORICAL ACCOUNT INFORMATION *ACCOUNT HISTORY. If you have additional questions about this item please contact: *MISSOURI HIGHER EDUCATION LOAN, 633 SPIRIT DR, CHESTERFIELD, MO 63005-1243 Phone: (636) 733-3700*

**MISSOURI HIGHER EDUCATION LOAN    633 SPIRIT DR CHESTERFIELD MO 630051243 : 6387333700**

| Account Number *0208 | Date Opened 05/15/2013 | High Credit $6,000 | Credit Limit | Terms Duration / Terms Frequency 120 Months / Monthly | Creditor Classification | Date Closed |
|---|---|---|---|---|---|---|

| Date of Last Reported Update 08/20/2025 | Balance Amount $9,249 | Amount Past Due $1,085 | Date of Last Payment 08/01/2013 | Actual Payment Amount $0 | Scheduled Payment Amount $108 | Date of 1st Delinquency 12/02/2024 | Date of Last Activity 02/02/2024 | Date Maj Del 1st Rptd | Months Revd 99 | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Status: Over 120 Days Past Due Installment    Type of Account    Type of Loan Education Loan    Whose Account Individual Account    Portfolio Indicator    Portfolio Status

ADDITIONAL INFORMATION:

*Student Loan*

*180 Days or More Past Due*

Account History with Status Codes

| 07/2025 6 | 06/2025 6 | 05/2025 6 | 04/2025 5 | 03/2025 4 | 02/2025 3 | 01/2025 3 | 12/2024 0 | 11/2024 0 | 10/2024 0 |
|---|---|---|---|---|---|---|---|---|---|
| 08/2024 0 | 07/2024 0 | 06/2024 0 | 05/2024 0 | 05/2024 0 | 02/2024 0 | 02/2024 0 | | | |

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan |
|---|---|---|---|---|---|---|---|---|
| 07/25 | No Data Available | | | | | | | |
| 06/25 | $9,896 | $108 | | | $6,000 | | | Education Loan |
| 05/25 | $9,845 | $108 | | 08/01/2023 | $6,000 | | | Education Loan |
| 04/25 | $9,792 | $108 | | 08/01/2023 | $6,000 | | | Education Loan |
| 03/25 | $9,741 | $108 | | 08/01/2023 | $6,000 | | | Education Loan |
| 02/25 | $9,688 | $108 | | 08/01/2023 | $6,000 | | | Education Loan |
| 01/25 | $9,641 | $108 | | 08/01/2023 | $6,000 | | | Education Loan |
| 12/24 | $9,588 | $108 | | 08/01/2023 | $6,000 | | | Education Loan |

(End of Report)
000001277-DISC

5218517334-MMW-0l2d01070000221-08202025

*Exhibit D*

**MISSOURI HIGHER EDUCATION LOAN**   633 SPIRIT DR CHESTERFIELD MO 630051243 ; 6367333700
01/22/2014   $4,500
120 Months Monthly

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Scheduled Payment Amount | Actual Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Date | Balloon Pay Amount | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/20/2025 | $5,454 | $532 | 08/01/2023 | $53 | $53 | 12/02/2014 | 05/02/2024 | 02/2024 | | | 10/2024 | | |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Over 120 Days Past Due | Installment | Education Loan | Individual Account | | |

**ADDITIONAL INFORMATION:**

*Student Loan*

*180 Days or More Past Due*

**Account History with Status Codes**

| 07/2025 6 | 06/2025 6 | 05/2025 6 | 04/2025 5 | 03/2025 4 | 02/2025 3 | 01/2025 3 | 12/2024 0 | 11/2024 0 | 10/2024 0 |
|---|---|---|---|---|---|---|---|---|---|
| 09/2024 0 | 08/2024 0 | 07/2024 0 | 06/2024 0 | 05/2024 0 | 02/2024 | | | | |

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/25 | No Data Available | | | | | | | | |
| 06/25 | $5,437 | $53 | | 08/01/2023 | $4,500 | | | Education Loan | |
| 05/25 | $5,421 | $53 | | 08/01/2023 | $4,500 | | | Education Loan | |
| 04/25 | $5,404 | $53 | | 08/01/2023 | $4,500 | | | Education Loan | |
| 03/25 | $5,388 | $53 | | 08/01/2023 | $4,500 | | | Education Loan | |
| 02/25 | $5,371 | $53 | | 08/01/2023 | $4,500 | | | Education Loan | |
| 01/25 | $5,355 | $53 | | 08/01/2023 | $4,500 | | | Education Loan | |
| 12/24 | $5,338 | $53 | | 08/01/2023 | $4,500 | | | Education Loan | |
| 11/24 | $5,321 | $53 | | 08/01/2023 | $4,500 | | | Education Loan | |
| 10/24 | $5,305 | $53 | | 08/01/2023 | $4,500 | | | Education Loan | |
| 09/24 | $5,288 | | | 08/01/2023 | $4,500 | | | Education Loan | |

(End of Report)
000001277-DISC

99

521851733-4-MMW-0f2d01070000221-08202025

*Exhibit D*

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/24 | No Data Available | | | | | | | | |
| 07/24 | $5,262 | $52 | | 08/01/2023 | $4,500 | | | Education Loan | |
| 06/24 | $5,245 | $52 | | 08/01/2023 | $4,500 | | | Education Loan | |
| 05/24 | $5,229 | | | 08/01/2023 | $4,500 | | | Education Loan | |
| 04/24 | No Data Available | | | | | | | | |
| 03/24 | No Data Available | | | | | | | | |
| 02/24 | No Data Available | | | | | | | | |
| 01/24 | $5,170 | $51 | | 08/01/2023 | $4,500 | | | Education Loan | |
| 12/23 | No Data Available | | | | | | | | |
| 11/23 | $5,140 | $51 | | 08/01/2023 | $4,500 | | | Education Loan | |
| 10/23 | $5,126 | $51 | | 08/01/2023 | $4,500 | | | Education Loan | |
| 09/23 | No Data Available | | | | | | | | |
| 08/23 | $5,096 | | | 08/01/2023 | $4,500 | | | Education Loan | |

>>> **The information you disputed has been updated as well as other information on this item. Account # - *0208 The results are:** THIS ACCOUNT HAS BEEN UPDATED. ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE REGARDING THIS ITEM. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *BALANCE *ACTUAL PAYMENT *HISTORICAL ACCOUNT INFORMATION *ACCOUNT HISTORY. If you have additional questions about this item please contact: *MISSOURI HIGHER EDUCATION LOAN, 633 SPIRIT DR, CHESTERFIELD, MO 63005-1243 Phone: (636) 733-3700*

*MISSOURI HIGHER EDUCATION LOAN*   633 SPIRIT DR CHESTERFIELD MO 630051243 : 6367333700

| Account Number *0208 | Date Opened 05/21/2015 | High Credit $7,000 | Credit Limit | Terms Duration 120 Months | Terms Frequency Monthly | | | |
|---|---|---|---|---|---|---|---|---|

| Date of Last Reported Update 08/20/2025 | Balance Amount $9,287 | Amount Past Due $841 | Date of Last Payment 08/01/2023 | Actual Payment Amount | Scheduled Payment Amount $93 | Date of 1st Delinquency 12/02/2024 | Date Maj Del 1st Rptd | Months Revd 99 | Charge Off Amount | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|

Status: Over 120 Days Past Due Installment

| Type of Account Installment | Type of Loan Education Loan | Whose Account Individual Account | Portfolio Indicator | Creditor Classification | Deferred Pay Start Date | Balloon Pay Amount | Portfolio Status | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|

(End of Report)
000001277-DISC

5218517334-MMW-0f2d01070000221-08202025.

*Exhibit D*

## ADDITIONAL INFORMATION:
*Student Loan*

**180 Days or More Past Due**

### Account History with Status Codes

| 07/2025 6 | 06/2025 6 | 05/2025 6 | 04/2025 5 | 03/2025 4 | 02/2025 3 | 01/2025 3 | 12/2024 0 | 11/2024 0 | 10/2024 0 |
|---|---|---|---|---|---|---|---|---|---|
| 09/2024 0 | 08/2024 0 | 07/2024 0 | 06/2024 0 | 05/2024 0 | 02/2024 0 | 02/2024 0 | | | |

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/25 | No Data Available | | | | | | | | |
| 06/25 | $9,252 | $93 | | 08/01/2023 | $7,000 | | | Education Loan | |
| 05/25 | $9,219 | $93 | | 08/01/2023 | $7,000 | | | Education Loan | |
| 04/25 | $9,184 | $93 | | 08/01/2023 | $7,000 | | | Education Loan | |
| 03/25 | $9,151 | $93 | | 08/01/2023 | $7,000 | | | Education Loan | |
| 02/25 | $9,116 | $93 | | 08/01/2023 | $7,000 | | | Education Loan | |
| 01/25 | $9,085 | $93 | | 08/01/2023 | $7,000 | | | Education Loan | |
| 12/24 | $9,051 | $93 | | 08/01/2023 | $7,000 | | | Education Loan | |
| 11/24 | $9,016 | $93 | | 08/01/2023 | $7,000 | | | Education Loan | |
| 10/24 | $8,983 | $93 | | 08/01/2023 | $7,000 | | | Education Loan | |
| 09/24 | $8,949 | | | 08/01/2023 | $7,000 | | | Education Loan | |
| 08/24 | $8,934 | $92 | | 08/01/2023 | $7,000 | | | Education Loan | |
| 07/24 | $8,900 | $92 | | 08/01/2023 | $7,000 | | | Education Loan | |
| 06/24 | $8,866 | $92 | | 08/01/2023 | $7,000 | | | Education Loan | |

(End of Report)
000001277-DISC

5218517334-MMW-0l2d010700000221-08202025

Exhibit D

## State of California - Notice to California Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If you still disagree with an item after it has been verified, you have the right to send to us a brief statement, not to exceed one hundred words, explaining the nature of your dispute. Your statement will become part of your credit file and will be disclosed each time that your credit file is accessed as long as the information you disputed is retained in our credit reporting database.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company that received your credit file in the past twelve months for any purpose or in the past two years for employment purposes.

Page 23 of 24

(End of Report)
000001277-DISC

5218517334-MMW-0f2d01070000221-08202025

# EXHIBIT E

**Promissory Note (First & Last Pages)**

**Description:**
This exhibit contains the first and last pages of the original student loan promissory note executed between Plaintiff and **FedLoan Servicing**. The note does not identify MOHELA in any capacity, nor does it authorize MOHELA to act on behalf of the lender or borrower.

**Support for Complaint:**

- Establishes that Plaintiff's loan contract was with **FedLoan Servicing**, not MOHELA.
- Demonstrates that MOHELA has no contractual privity with Plaintiff and was never granted authority under the original note.
- Undermines MOHELA's subsequent collection and reporting activities, which were undertaken absent any contractual basis.

# Direct Loans

*William D. Ford Federal Direct Loan Program*

## Federal Direct Stafford/Ford Loan
## Federal Direct Unsubsidized Stafford/Ford Loan
## Master Promissory Note
## William D. Ford Federal Direct Loan Program

OMB No. 1845-0007
Form Approved
Exp. Date 05/31/2011

**Warning:** Any person who knowingly makes a false statement or misrepresentation on this form will be subject to penalties which may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

### SECTION A: BORROWER INFORMATION          READ THE INSTRUCTIONS IN SECTION F BEFORE C...

**1. Driver's License State and No.**
CA     B5567240

**3. E-mail Address (optional)**
floresrebecca34@yahoo.com

**4. Name and Address**
FLORES , REBECCA R
855 modoc st
Merced  CA  95340
UNITED STATES

**2. Social Security No.**
564433085

**5. Date of Birth**  09/05/1976

**6. Area Code/Telephone No**
5592885476

*For presentation to the United States Treasury Fiscal Agent of the United States for redemption or in exchange of a new issue in accordance with written instructions submitted by*

**7. References:** List two persons with different U.S. addresses who have known you for at least three years. The first reference shou...

| | 1. | 2. |
|---|---|---|
| Name | | |
| Permanent Street Address | | |
| City, State, Zip Code | | |
| Area Code/Telephone No. | | |
| Relationship to Borrower | | |

### SECTION B: SCHOOL INFORMATION – TO BE COMPLETED BY THE SCHOOL

**8. School Name and Address**
HERZING COLLEGE
5218 EAST TERRACE DRIVE
MADISON , WI  537184236

**9. School Code/Branch**
G09621

**10. Identification No.**
564433085M13G09621999

### SECTION C: BORROWER REQUEST, CERTIFICATIONS, AUTHORIZATIONS, AND UNDERSTANDINGS – READ CAREFULLY BEFORE SIGNING BELOW

**11.** This is a Master Promissory Note (MPN) for one or more Federal Direct Stafford/Ford (Direct Subsidized) Loans and/or Federal Direct Unsubsidized Stafford/Ford (Direct Unsubsidized) Loans. I request a total amount of Direct Subsidized Loans and/or Direct Unsubsidized Loans under this MPN not to exceed the allowable maximums under the Act ("the Act" is defined in Section E under Governing Law), will notify me of the loan type and loan amount that I am eligible to receive. I may cancel a loan or request a lower amount by contacting my school. Additional information about my right to cancel a loan or request a lower amount is included in the Borrower's Rights and Responsibilities Statement and in the disclosure statements that will be provided to me.

**12.** Under penalty of perjury, I certify that:

**A.** The information I have provided on this MPN and as updated by me from time to time is true, complete, and correct to the best of my knowledge and belief and is made in good faith.

**B.** I will use the proceeds of loans made under this MPN for authorized educational expenses that I incur and I will immediately repay any loan proceeds that cannot be attributed to educational expenses for attendance on at least a half-time basis at the school that I certify as having enrolled. My loan eligibility.

**C.** If I owe an overpayment on a Federal Perkins Loan, Federal Pell Grant, Federal Supplemental Educational Opportunity Grant, Academic Competitiveness Grant (ACG), National Science or Mathematics Access to Retain Talent (SMART) Grant, or Leveraging Educational Assistance Partnership Grant, I have made satisfactory arrangements to repay the amount owed.

**D.** If I am in default on any loan received under the Federal Perkins Loan Program (including National Direct Student Loans), the William D. Ford Federal Direct Loan (Direct Loan) Program, or the Federal Family Education Loan (FFEL) Program, I have made satisfactory repayment arrangements with the holder to repay the amount owed.

**E.** If I have been convicted of, or pled nolo contendere(no contest) or guilty to, a crime involving fraud in obtaining funds under title IV of the Higher Education Act of 1965 (HEA), as amended, I have completed the repayment of the funds to the U.S. Department of Education (ED) or to the loan holder in the case of a Title IV federal student loan.

**13.** For each Direct Subsidized Loan and Direct Unsubsidized Loan I receive under this MP... I make the following authorizations:

**A.** I authorize my school to certify my eligibility for the loan.

**B.** I authorize my school to transfer loan proceeds to my student account at the school

**C.** I authorize my school to pay to ED any refund that may be due up to the full amoun... the loan.

**D.** I authorize ED to investigate my credit record and report information about my loan sta... to persons and organizations permitted by law to receive that information.

**E.** Unless I notify ED differently, I authorize ED to defer repayment of principal on my lo... while I am enrolled at least half time at an eligible school.

**F.** I authorize my school and ED to release information about my loan to the referenc... on the loan and to members of my immediate family, unless I submit written directio... otherwise.

**G.** I authorize my schools, lenders and guarantors, ED, and their agents to relea... information about my loan to each other.

**H.** I authorize my schools, ED, and their respective agents and contractors to contact... regarding my loan request or my loan, including repayment of my loan, at the curren... any future number that I provide for my cellular telephone or other wireless device us... automated dialing equipment or artificial or prerecorded voice or text messages.

**14.** I will be given the opportunity to pay the interest that ED charges during grace, in-sch... deferment, forbearance, and other periods as provided under the Act, including during school deferment periods. Unless I pay the interest, I understand that ED may add unp... interest that is charged on each loan made under this MPN to the principal balance... that loan (this is called "capitalization") at the end of the grace, deferment, forbearan... or other period. Capitalization will increase the principal balance on my loan and the t... amount of interest I must pay.

**15.** I understand that ED has the authority to verify information reported on this MPN w... other federal agencies.

### SECTION D: PROMISE TO PAY

**16.** I promise to pay to ED all loan amounts disbursed under the terms of this MPN, plus interest and other charges and fees that may become due as provided in this MPN. I understand t... more than one loan may be made to me under this MPN. I understand that by accepting any disbursement issued at any time under this MPN, I agree to repay the loan associated w... that disbursement. I understand that, within certain timeframes, I may cancel or reduce the amount of a loan by refusing to accept or by returning all or a portion of any disbursement t... is issued. Unless I make interest payments, interest that ED charges on my loans during grace, in-school, deferment, forbearance, and other periods will be added to the principal bala... of the loan as provided under the Act. If I do not make a payment on a loan made under this MPN when it is due, I will also pay reasonable collection costs, including but not limited... attorney's fees, court costs, and other fees. I will not sign this MPN before reading the entire MPN, even if I am told not to read it, or told that I am not required to read it. I am entitled to... exact copy of this MPN and the Borrower's Rights and Responsibilities Statement. My signature certifies that I have read, understand, and agree to the terms and conditions of this MI... including the Borrower Request, Certifications, Authorizations, and Understanding in Section C, the Notice About Subsequent Loans Made Under this MPN in Section E, and the ter... and conditions described in Section E of this MPN and in the Borrower's Rights and Responsibilities Statement.

**I UNDERSTAND THAT I MAY RECEIVE ONE OR MORE LOANS UNDER THIS MPN, AND THAT I MUST REPAY ALL LOANS THAT I RECEIVE UNDER THIS MPN.**

**17. Borrower's Signature**  Rebecca R Flores

**18. Today's Date (mm-dd-yyyy)**  09/24/2012

# Direct Subsidized Loan and Direct Unsubsidized Loan Borrower's Rights and Responsibilities Statement

## Repaying Your Loans[1]

| Initial Debt When You Enter Repayment | Standard | | Extended[2,3] | | Graduated | | Income Contingent[5,6] Income = $15,000 | | | | Income Contingent[5,6] Income = $25,000 | | | | Income Contingent Income = $45,000 | | |
| | | | | | | | Single | | Married/HOH[7] | | Single | | Married/HOH[7] | | Single | | Marrie |
| | Per Month | Total | Per Month | Total | Per[4] Month | Total | Per Month | Total | Per Month | Total | Per Month | Total | Per Month | Total | Per Month | Total | Per Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3,500 | 50 | 4,471 | Not Available | | 25 | 5,157 | 21 | 6,939 | 20 | 6,673 | 27 | 6,092 | 25 | 6,405 | 36 | 5,128 | 36 |
| 5,000 | 58 | 6,905 | Not Available | | 40 | 7,284 | 30 | 9,912 | 29 | 9,533 | 38 | 8,703 | 36 | 9,150 | 51 | 7,326 | 51 |
| 5,500 | 63 | 7,595 | Not Available | | 43 | 8,007 | 33 | 10,903 | 30 | 10,463 | 42 | 9,574 | 40 | 10,065 | 56 | 8,059 | 56 |
| 7,500 | 86 | 10,357 | Not Available | | 59 | 10,919 | 45 | 14,868 | 30 | 14,019 | 57 | 13,055 | 54 | 13,725 | 76 | 10,989 | 76 |
| 10,500 | 121 | 14,500 | Not Available | | 83 | 15,283 | 64 | 20,815 | 30 | 18,877 | 60 | 18,277 | 76 | 19,215 | 107 | 15,385 | 107 |
| 15,000 | 173 | 20,714 | Not Available | | 119 | 21,834 | 87 | 29,685 | 30 | 25,229 | 114 | 26,110 | 108 | 27,451 | 153 | 21,978 | 153 |
| 18,500 | 213 | 25,548 | Not Available | | 146 | 26,929 | 87 | 35,992 | 30 | 29,465 | 140 | 32,203 | 134 | 33,856 | 188 | 27,106 | 188 |
| 23,000 | 265 | 31,762 | Not Available | | 182 | 33,479 | 87 | 43,141 | 30 | 34,126 | 174 | 40,036 | 166 | 42,091 | 234 | 33,699 | 234 |
| 30,000 | 345 | 41,429 | Not Available | | 237 | 43,668 | 87 | 52,340 | 30 | 39,756 | 228 | 52,221 | 197 | 55,743 | 407 | 43,956 | 407 |
| 40,000 | 460 | 55,239 | 277 | 83,289 | 316 | 58,229 | 87 | 62,005 | 30 | 44,827 | 253 | 72,717 | 197 | 142,386 | 468 | 58,608 | 468 |
| 46,000 | 529 | 63,524 | 319 | 95,782 | 363 | 66,956 | 87 | 66,084 | 30 | 46,378 | 253 | 89,828 | 197 | 105,472 | 509 | 67,399 | 509 |
| 50,000 | 575 | 69,048 | 347 | 104,111 | 395 | 72,778 | 87 | 68,153 | 30 | 46,660 | 253 | 103,268 | 197 | 111,575 | 587 | 73,260 | 587 |
| 60,000 | 690 | 82,858 | 391 | 140,816 | 474 | 87,334 | 87 | 71,219 | 30 | 46,934 | 253 | 136,615 | 197 | 124,085 | 587 | 88,251 | 587 |
| 70,000 | 806 | 96,667 | 456 | 164,285 | 535 | 101,890 | 87 | 71,721 | 30 | 46,934 | 253 | 148,551 | 197 | 133,106 | 587 | 106,551 | 587 |
| 80,000 | 920 | 110,477 | 522 | 187,754 | 632 | 116,445 | 87 | 71,721 | 30 | 46,934 | 253 | 157,373 | 197 | 138,907 | 587 | 128,146 | 587 |
| 90,000 | 1,036 | 124,287 | 587 | 211,124 | 711 | 131,002 | 87 | 71,721 | 30 | 46,934 | 253 | 163,227 | 197 | 141,925 | 587 | 152,967 | 587 |
| 100,000 | 1,151 | 138,096 | 652 | 234,693 | 790 | 145,556 | 87 | 71,721 | 30 | 46,934 | 253 | 166,457 | 197 | 142,386 | 587 | 181,224 | 587 |
| 110,000 | 1,266 | 151,906 | 717 | 258,162 | 869 | 160,111 | 87 | 71,721 | 30 | 46,934 | 253 | 167,172 | 197 | 142,386 | 587 | 213,485 | 587 |
| 120,000 | 1,381 | 165,716 | 782 | 281,632 | 948 | 174,668 | 87 | 71,721 | 30 | 46,934 | 253 | 167,172 | 197 | 142,386 | 587 | 250,281 | 587 |
| 130,000 | 1,496 | 179,525 | 848 | 305,101 | | | 717 | | 30 | | 253 | 167,172 | 197 | 142,386 | 587 | 292,313 | 587 |
| 138,500 | 1,594 | 191,264 | 903 | 325,050 | | | | | | | | 167,172 | 197 | 142,386 | 587 | 332,912 | 587 |

The **estimated** payments were calculated using a fi[...]
This repayment plan is available only to borrowers w[...] had no outstandi[...]
balance on a Direct Loan Program loan as of Octobe[...]
These amounts are fixed, rounded to the nearest d[...]
This is your beginning payment, which may increas[...]
Assumes a 5% annual income growth (Census Bur[...]
The **estimated** payments were calculated using th[...]
HOH is Head of Household; assumes a family siz[...]

**TRANSACTION HISTORY**

Your identity was confirmed by the PIN Web site on                                    September 24 2012, 05:41:21 PM
You agreed to use an electronic MPN on                                                September 24 2012, 05:41:52 PM
You reviewed your draft MPN and confirmed that you read, understood, and agreed to the Borrower Request,   September 24 2012, 08:01:45 PM
Pay, MPN Terms and Conditions, Important Notices and

September 24 2012, 08:04:58 PM
IN and submitted i[...]                                                              September 24 2012, 08:04:58 PM
88,038                                                                               September 24 2012, 08:07:16 PM

Without Recourse
Pay To The Order Of: U.S. BANK N.A.
Eighty Eight Thousand Thirty Eight Hundred and 00/100.

By: *Rebecca Ramos: Flores* 7/1/24 

Agent For: *REBECCA R FLORES*
By Accommodation / Principal



For presentation to the United State[...] Treasury, for redemption or in exchan[...] for securities of a new issue, in accorda[...] with written instructions submitted[...] by

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Rebecca Flores , Pro Se

**(b)** County of Residence of First Listed Plaintiff    Merced
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

**DEFENDANTS**

Missouri Higher Education Loan Authority (MOHELA)

County of Residence of First Listed Defendant    St. Louis County,
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | of Property 21 USC 881 | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | ☐ 690 Other | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | **PERSONAL INJURY** | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | ☐ 365 Personal Injury - | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Product Liability | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | ☐ 367 Health Care/ | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | Pharmaceutical | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Personal Injury | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Product Liability | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 368 Asbestos Personal | | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | Injury Product | **LABOR** | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Liability | ☐ 710 Fair Labor Standards | Protection Act |
| ☐ 190 Other Contract | Product Liability | **PERSONAL PROPERTY** | Act | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | ☐ 370 Other Fraud | ☐ 720 Labor/Management | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | Injury | ☐ 371 Truth in Lending | Relations | Exchange |
| | ☐ 362 Personal Injury - | ☐ 380 Other Personal | ☐ 740 Railway Labor Act | ☐ 890 Other Statutory Actions |
| | Medical Malpractice | Property Damage | ☐ 751 Family and Medical | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 385 Property Damage | Leave Act | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | Product Liability | ☐ 790 Other Labor Litigation | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting | **PRISONER PETITIONS** | ☐ 791 Employee Retirement | Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | **Habeas Corpus:** | Income Security Act | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | ☐ 463 Alien Detainee | | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 510 Motions to Vacate | **FEDERAL TAX SUITS** | Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | Sentence | ☐ 870 Taxes (U.S. Plaintiff | Agency Decision |
| | Employment | ☐ 530 General | or Defendant) | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities - | ☐ 535 Death Penalty | ☐ 871 IRS—Third Party | State Statutes |
| | Other | **Other:** | 26 USC 7609 | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | | |
| | | ☐ 550 Civil Rights | **IMMIGRATION** | |
| | | ☐ 555 Prison Condition | ☐ 462 Naturalization Application | |
| | | ☐ 560 Civil Detainee - | ☐ 465 Other Immigration | |
| | | Conditions of | Actions | |
| | | Confinement | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. § 1681 et seq. (FCRA); 15 U.S.C. § 1692 et seq. (FDCPA)

Brief description of cause:
Defendant continued reporting and attempting to collect on a discharged student loan in violation of the Fair Credit

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☒ Yes    ☐ No

**VIII. RELATED CASE(S) IF ANY**    *(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT

_____ District of _____

| | |
|---|---|
| Rebecca Flores, Pro Se | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. 1:25-cv-00940-SKO |
| Missouri Higher Education Loan Authority (MOHELA) | ) |
| *Defendant/Respondent* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.*  If I am employed, my employer's name and address are:

My gross pay or wages are:  $ _____ , and my take-home pay or wages are:  $ _____ per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☒ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

I'm on SSI  1,200  & Snap Benefits  130

Total income  1330 .

My bill include  Rent  262    House hold  100

PG&E          200    laundry    100

Credit cards  350

Interest      20    total Expenses

Food         200              1,232.00

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

*On page 1*

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

*N/A    / No*

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

*refer to pg 1*

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 9/7/2025

_____
Applicant's signature

_____
Printed name

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

9/7/2025

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

Date: 9/7/2025

Applicant's signature

REBECA KNOLES

*Printed name*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of California

| | |
|---|---|
| Rebecca Fllores, Pro Se | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No.  1:25-cv-00940-SKO |
| Missouri Higher  Education Loan Authority (MOHELA) | ) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Missouri Higher Education Loan Authority
Legal Counsel
633 Spirit Drive
Chesterfield, MO 63005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Rebecca Flores
c/o Trustee,Cytah Flores Legacy Trust
1121 E Santa Fe Ave Apt 4
Merced,Calif 95340

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:25-cv-00940-SKO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                          *Server's signature*

                                              _____
                                                          *Printed name and title*

                                              _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

# U.S. Marshal Service Request – MOHELA

**TO:** U.S. Marshal Service

**PLAINTIFF:** Rebecca Flores
**DEFENDANT:** Missouri Higher Education Loan Authority (MOHELA)

**COURT:** U.S. District Court, Eastern District of California
**CASE NUMBER:** 1:25-cv-00940-SKO

**DOCUMENTS TO BE SERVED:**

- Summons (AO 440)
- Complaint
- Civil Cover Sheet (JS-44)
- IFP Order (once granted)
- Declaration and Exhibits

**NAME AND ADDRESS OF INDIVIDUAL TO BE SERVED:**
Missouri Higher Education Loan Authority (MOHELA)
Legal Department
633 Spirit Drive
Chesterfield, MO 63005

**SPECIAL INSTRUCTIONS:**
Plaintiff has been granted leave to proceed *in forma pauperis*.
Please serve the attached documents pursuant to 28 U.S.C. § 1915(d).
No service fee is required.
Certified mail is acceptable if personal service is not feasible.

**REQUESTOR INFORMATION:**
Name: Rebecca Flores
Address: 1121 E Santa Fe Ave, Apt 4
City/State/ZIP: Merced, CA 95340
Phone: (209) 421-9257
Email: Trustee.CytahFloresTrust@proton.me