1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

REBECCA FLORES,

    Plaintiff,

    v.

MISSOURI HIGHER EDUCATION LOAN
AUTHORITY (MOHELA),

    Defendant.    /

**Case No. 1:25-cv-00940-SKO**

**ORDER FINDING SERVICE OF
SECOND AMENDED COMPLAINT
APPROPRIATE AND FORWARDING
SERVICE DOCUMENTS TO PLAINTIFF
FOR COMPLETION AND RETURN
WITHIN THIRTY DAYS**

**(Doc. 8)**

**THIRTY (30) DAY DEADLINE**

Plaintiff Rebecca Flores is proceeding *pro se* and *in forma pauperis* in this civil action brought pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b), and the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692e, 1692f. (Doc. 8.) The Court has screened Plaintiff's Second Amended Complaint pursuant to 28 U.S.C. § 1915 and finds that it states cognizable claims against Defendant Missouri Higher Education Loan Authority (MOHELA). *See* Fed. R. Civ. P. 8(a); *Urbina v. Nat'l Bus. Factors Inc.,* 979 F.3d 758 (9th Cir. 2020); *Gorman v. Wolpoff & Abramson, LLP,* 584 F.3d 1147 (9th Cir. 2009); *Clark v. Cap. Credit & Collection Servs., Inc.*, 460 F.3d 1162 (9th Cir. 2006); *Walker v. Higher Educ. Loan Auth. of the State of Missouri*, No. 1:21-CV-00879-KES-SAB, 2024 WL 3568576, at *1 (E.D. Cal. July 26, 2024); *Berrow v. Navient Sols. LLC*, 685 F. Supp. 3d 859 (D. Ariz. 2023); *Robinson v. Managed Accounts Receivables Corp.*, 654 F. Supp. 2d 1051 (C.D. Cal. 2009).

Accordingly, it is HEREBY ORDERED that:

1.    Service is appropriate on the following defendant:

    **Defendant Missouri Higher Education Loan Authority (MOHELA)**

2.    The Clerk of Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the Second Amended Complaint, filed September 12, 2025 (Doc. 8).

3.    Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit it to the Court with the following documents:

    a.    A completed summons for the defendant listed above;

    b.    A completed USM-285 form for the defendant listed above; and

    c.    Two (2) copies of the endorsed Second Amended Complaint, filed September 12, 2025 (Doc. 8).

4.    Plaintiff need not attempt service on the defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.    **<u>The failure to comply with this order will result in a recommendation that this action be dismissed.</u>**


IT IS SO ORDERED.

Dated:    **September 29, 2025**                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE