# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

REBECCA FLORES,

      Plaintiff,

      vs.

MISSOURI HIGHER EDUCATION
LOAN AUTHORITY (MOHELA),

      Defendant.

Case No.: 1:25-cv-00940 JLT SKO

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**

(Doc. 29, 31)

Rebecca Flores, proceeding *pro se*, initiated this action against Defendant Missouri Higher Education Loan Authority by filing a complaint on August 1, 2025.  (Doc. 1.)  Defendant filed a Motion to Dismiss on December 30, 2025.  (Doc. 16).  The motion was referred to the assigned magistrate judge for the preparation of findings and recommendations.  (Doc. 20.)

On February 20, 2026, the magistrate judge issued findings and recommendations to grant the Motion to Dismiss with leave to amend.  (Doc. 29.)  On March 6, 2026, Plaintiff timely filed objections.  (Doc. 31).

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and by proper

1

analysis.  As the magistrate judge correctly explained (Doc. 29 at 5), the only theory of credit reporting inaccuracy alleged in the operative complaint is invalid as a matter of law. Thus, the Court **ORDERS**:

1.   The findings and recommendations issued on February 20, 2026, (Doc. 29), are **ADOPTED IN FULL.**

2.   Defendants' Motion to Dismiss, (Doc. 16), is **GRANTED**, and Plaintiff's claims are **DISMISSED WITH LEAVE TO AMEND AS SPECIFIED IN THE FINDINGS AND RECOMMENDATIONS**.

3.   The Clerk of Court is **DIRECTED** to file the lodged Third Amended Complaint lodged on March 4, 2026, (Doc. 30).[1]

IT IS SO ORDERED.

Dated:   **March 9, 2026**

UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's request that the Court "accept the Third Amended Complaint as curing the identified deficiencies" (Doc. 31 at 2) is procedurally improper and thus is **DISREGARDED**.

2